# Exhibit D:

# Exemplary Infringement of U.S. Patent No. 10,188,940 by Xbox One Controller with "Smart Trigger"

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940

| Claim 1 of US 10,188,940 | |
|---|---|
| An apparatus for supplying user inputs to a computer program for controlling the computer program, | To the extent the preamble is limiting, the Battle Beavers products include this feature. The XBOX One S Pro Builder is an apparatus that supplies user inputs to a computer program for controlling the computer program.<br><br><br><br>For example, the Smart Triggers provide an "input" for computer programs, such as "shooter games" including "Halo." https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers<br><br>**What are Smart Triggers / Bumpers?**<br><br>Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger.<br><br>For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo! |

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940

| | |
|---|---|
| the apparatus comprising an outer case, | The XBOX One S controller includes an outer case. |
| at least on depressible trigger mechanism, | |



| | |
|---|---|
| and a mechanism for manual adjustment of a range of motion of the at least one trigger mechanism, the mechanism being disposed within an internal volume defined by the outer case of the apparatus. | The Smart Triggers include a mechanism that manually adjusts a range of motion of the at least one trigger mechanism.  The Smart Trigger is disposed within an internal volume defined by the outer case of the apparatus.<br><br>The Smart Trigger modifies the as-manufactured travel path of the trigger to "remove" travel time actuate the button, i.e., shortens or adjusts the range of motion of the trigger. The Smart Trigger is positioned within the outer case of the apparatus.<br><br> |

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940

| Claim 2 of US 10,188,940 | |
|---|---|
| An apparatus for supplying user inputs to a computer program for controlling the computer program, | The XBOX One S Pro Builder is a video game controller that supplies user inputs to a computer program for controlling the computer program. <br><br> Apparatus <br><br> For example, the Smart Triggers provide an "input" for computer programs, such as "shooter games" including "Halo." https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers <br><br> **What are Smart Triggers / Bumpers?** <br><br> Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger. <br><br> For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo! |

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940

| the apparatus comprising an outer case, | The XBOX One S controller includes an outer case. |
|---|---|
| at least on depressible trigger mechanism | |



| and a first mechanism for adjusting a first end stop position of a range of motion of the at least one depressible trigger mechanism, the first mechanism being disposed within an internal volume defined by the outer case of the apparatus. | The Smart Triggers include a mechanism that adjusts a first end stop position of a range of motion of the at least on trigger mechanism. The Smart Trigger is disposed within an internal volume defined by the outer case of the apparatus. |

The Smart Trigger adjusts the first end stop position of the as-manufactured travel path of the trigger to "remove" travel time actuate the button, i.e., shortens the range of motion by adding a stop within the travel path. The Smart Trigger is positioned within the outer face of the apparatus.



Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940

| Claim 4 of US 10,188,940 | |
|---|---|
| A game controller for controlling electronic games, | To the extent the preamble is limiting, the Battle Beavers products include this feature. The XBOX One S Pro Builder is a game controller for controlling electronic games.<br><br><br><br>Game controller<br><br>For example, the Smart Triggers provide an "input" for electronic games, such as "shooter games" including "Halo."  https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers<br><br>**What are Smart Triggers / Bumpers?**<br><br>Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger.<br><br>For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo! |

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940

| | |
|---|---|
| including a housing, | The XBOX One S controller includes a housing.  |
| at least one depressible trigger at least in part exposed relative to the housing, | The at least one depressible trigger is exposed at least in part relative to the housing |

| | |
|---|---|
| said at least one depressible trigger being in operational association with electrical circuitry contained within the housing, which electrical circuitry is controlled by depression of the at least one depressible trigger for manipulating electrical outputs of the electrical circuitry for the controlling electronic games and | The trigger is in operational association with a switch coupled to a PCB (e.g., electrical circuitry), where the switch and PCB are contained within the housing. The switch is controlled by depression of the trigger and generates "inputs" to the PCB, which manipulates an electrical signal or output from the PCB to control the electronic games.<br><br>For example, the Smart Triggers provide an "input" for electronic games". https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers<br><br> |

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940

| | |
|---|---|
| the game controller having a mechanism which provides for manual adjustment of a depressible range of the at least one depressible trigger mechanism. | Smart Triggers include a mechanism that provides for a manual adjustment of the depressible range of the trigger mechanism.<br><br>The Smart Trigger "internally converts the linear trigger into a button. Removes the progressive ramp up, and as the shortest and lightest trigger pull available." In other words, the Smart Trigger manually adjusts the depressible range (linear travel) of the trigger.<br>https://battlebeavercustoms.com/tools/builder/63<br><br>Triggers<br><br>**Left Trigger**<br>No Trigger Adjustments   Racer Triggers   Smart Triggers<br><br>Smart Triggers: Permanently and Internally converts linear trigger into a button. Removes the progressive ramp up, and has the shortest and lightest trigger pull available. Works for most games.<br><br>**Right Trigger**<br>No Trigger Adjustments   Racer Triggers   Smart Triggers<br><br>Smart Triggers: Permanently and Internally converts linear trigger into a button. Removes the progressive ramp up, and has the shortest and lightest trigger pull available. Works for most games.<br><br>The Smart Trigger adjusts the first end stop position of the as-manufactured travel path of the trigger to "remove" travel time actuate the button, i.e., shortens the range of motion by adding a stop within the travel path. The Smart Trigger is positioned within the outer face of the apparatus.<br><br>What are Smart Triggers / Bumpers?<br><br>Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger.<br><br>For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo! |

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940



Depressible trigger

Smart Trigger positioned to manually adjust original trigger motion range

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940

| Claim 5 of US 10,188,940 | |
|---|---|
| An apparatus for supplying user inputs to a computer program for controlling the computer program, | To the extent the preamble is limiting, the Battle Beavers products include this feature. The XBOX One S Pro Builder is an apparatus for supplying user inputs (e.g., button and trigger selections) to control a computer program.<br><br><br><br>For example, the Smart Triggers provide an "input" for electronic games, such as "shooter games" including "Halo." https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers<br><br>⌄ **What are Smart Triggers / Bumpers?**<br><br>Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger.<br><br>For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo! |

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940

| the apparatus comprising an outer case, | XBOX One S controller includes an outer case. |
|---|---|
| at least of depressible trigger mechanism, | |



and a trigger adjustment system that allows for manual adjustment of a range of motion of the at least one trigger mechanism, the trigger adjustment system being disposed within an internal volume defined by the outer case of the apparatus.

Smart Triggers include a trigger adjustment system that allows for manual adjustment of a range of motion of the at least one trigger mechanism. The trigger adjustment system being disposed within an internal volume defined by the outer case of the apparatus.



**What are Smart Triggers / Bumpers?**

Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger.

For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo!

Outer case

Internal volume

Depressible trigger

Smart Trigger positioned to manually adjust original trigger motion range

| Claim 6 of US 10,188,940 | |
|---|---|
| An apparatus for supplying user inputs to a computer program for controlling the computer program, | To the extent the preamble is limiting, the Battle Beavers products include this feature. The XBOX One S Pro Builder is an apparatus that supplies user inputs to a computer program for controlling the computer program.<br><br>Apparatus<br><br>For example, the Smart Triggers provide an "input" for computer programs, such as "shooter games" including "Halo."  https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers<br><br>**What are Smart Triggers / Bumpers?**<br><br>Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger.<br><br>For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo! |

| the apparatus comprising an outer case, | The XBOX One S controller includes an outer case.  |
|---|---|
| at least one depressible trigger mechanism, | |

| | |
|---|---|
| and a stop adjustably positioned to engage the at least one depressible trigger mechanism, the stop being disposed within an internal volume of the outer case. | The location of the stop is adjustably positioned as Battle Beavers controls and can vary the height of the stop, such as by adding more or less adhesive, to change the allowable linear range of the trigger.<br><br><br><br>Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement. https://battlebeavercustoms.com/tools/builder/63 |

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940

## Triggers

**Left Trigger**

| No Trigger Adjustments | Racer Triggers | Smart Triggers |

**Smart Triggers:** Permanently and Internally converts linear trigger into a button. Removes the progressive ramp up, and has the shortest and lightest trigger pull available. Works for most games.

**Right Trigger**

| No Trigger Adjustments | Racer Triggers | Smart Triggers |

**Racer Triggers:** A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940

| Claim 8 of US 10,188,940 | |
|---|---|
| A game controller for controlling electronic games, | To the extent the preamble is limiting, the Battle Beavers products include this feature. The XBOX One S Pro Builder is a game controller for controlling electronic games.<br><br><br><br>For example, the Smart Triggers provide an "input" for electronic games, such as "shooter games" including "Halo."  https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers<br><br> |

| including a housing, | The XBOX One S controller includes a housing. |
|---|---|
| at least one depressible trigger at least in part exposed relative to the housing, | The at least one depressible trigger is exposed at least in part relative to the housing |



| said at least one depressible trigger being in operational association with electrical circuitry contained within the housing, which electrical circuitry is controlled by depression of the at least one depressible trigger for manipulating electrical outputs of the electrical circuity for controlling electronic games and | The trigger is in operational association with a switch coupled to a PCB (e.g., electrical circuitry), where the switch and PCB are contained within the housing. The switch is controlled by depression of the trigger and generates "inputs" to the PCB, which manipulates an electrical signal or output from the PCB to control the electronic games.<br><br>For example, the Smart Triggers provide an "input" for electronic games". https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers<br><br> |

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940

| | |
|---|---|
| the game controller having a trigger adjustment system that allows for the manual adjustment of a depressible range of the at least one depressible trigger mechanism. | Smart Triggers include a mechanism that provides for a manual adjustment of the depressible range of the trigger mechanism.

The Smart Trigger "internally converts the linear trigger into a button. Removes the progressive ramp up, and as the shortest and lightest trigger pull available."  In other words, the Smart Trigger manually adjusts the depressible range (linear travel) of the trigger. https://battlebeavercustoms.com/tools/builder/63



The Smart Trigger adjusts the first end stop position of the as-manufactured travel path of the trigger to "remove" travel time actuate the button, i.e., shortens the range of motion by adding a stop within the travel path. The Smart Trigger is positioned within the outer face of the apparatus.

 |

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940



Depressible trigger

Smart Trigger positioned to manually adjust original trigger motion range

| Dependent Claims US 10,188,940 | |
|---|---|
| 3. The apparatus of claim **2** further comprising a second mechanism which provides for manual adjustment of a second end stop position of the range of motion of the at least one depressible trigger mechanism, the second mechanism being disposed within the internal volume defined by the outer case of the apparatus. | The Smart Triggers include a mechanism that manually adjusts a range of motion of the at least one trigger mechanism.  The Smart Trigger is disposed within an internal volume defined by the outer case of the apparatus.<br><br>The Smart Trigger modifies the as-manufactured travel path of the trigger to "remove" travel time actuate the button, i.e., shortens or adjusts the range of motion of the trigger. The Smart Trigger is positioned within the outer case of the apparatus.<br><br> |

| 7. The apparatus of claim **6** wherein a position of the stop is manually adjustable. | The location of the stop is manually adjustable as Battle Beavers controls and can vary the height of the stop, such as by adding more or less adhesive, to change the allowable linear range of the trigger.<br><br><br><br>Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement. https://battlebeavercustoms.com/tools/builder/63 |

## Triggers

**Left Trigger**

| No Trigger Adjustments | Racer Triggers | Smart Triggers |

Smart Triggers: Permanently and Internally converts linear trigger into a button. Removes the progressive ramp up, and has the shortest and lightest trigger pull available. Works for most games.

**Right Trigger**

| No Trigger Adjustments | Racer Triggers | Smart Triggers |

Racer Triggers: A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%

| | |
|---|---|
| 9. The apparatus of claim **1** wherein the computer program is a game program. | The XBOX One controller provides inputs for game programs, such as Halo. https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers |

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940

| 10. The apparatus of claim **1** wherein the outer case comprised a removable cover panel to enable access to the mechanism and to enable removal of the mechanism. | The outer case includes a removable cover panel that enables access to the mechanism to enable removal of the mechanism.<br><br><br>Removable cover panel<br><br>Access to mechanism |
|---|---|
| 11. The apparatus of claim **2** wherein the computer program is a game program. | The XBOX One controller provides inputs for game programs, such as Halo.<br>https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers |

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940

| | |
|---|---|
| 12. The apparatus of claim **2** wherein the outer case comprises a removable cover panel to enable access to the first mechanism and to enable removal of the first mechanism. | The outer case includes a removable cover panel that enables access to the mechanism to enable removal of the mechanism.<br><br><br><br>Removable cover panel<br><br>Access to mechanism |

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940

| 14. The apparatus of claim **3** wherein the outer case comprises a removable cover panel to enable access to the second mechanism and to enable removal of the second mechanism. | The outer case includes a removable cover panel that enables access to the mechanism to enable removal of the mechanism.<br><br><br><br>Removable cover panel<br><br>Access to mechanism |
|---|---|
| 15. The apparatus of claim **5** wherein the computer program is a game program. | The XBOX One controller provides inputs for game programs, such as Halo.<br>https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers |
| 16. The apparatus of claim **6** wherein the computer program is a game program. | The XBOX One controller provides inputs for game programs, such as Halo.<br>https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers |

| 17. The apparatus of claim **6** wherein a position of the stop defines a range of motion of the at least one depressible trigger mechanism. | The position of the stop defines a range of motion for the trigger, where for the Smart Trigger, the stop is positioned closer to an engagement wall of the trigger and for Racer Trigger, the stop is further away, defining a longer range of motion.<br><br><br><br>Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement. https://battlebeavercustoms.com/tools/builder/63 |

Battle Beavers Infringement XBOX Controller - US Patent No. 10,188,940

## Triggers

**Left Trigger**

| No Trigger Adjustments | Racer Triggers | Smart Triggers |

**Smart Triggers:** Permanently and Internally converts linear trigger into a button. Removes the progressive ramp up, and has the shortest and lightest trigger pull available. Works for most games.

**Right Trigger**

| No Trigger Adjustments | Racer Triggers | Smart Triggers |

**Racer Triggers:** A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%