# Exhibit E:

# Exemplary Infringement of U.S. Patent No. 10,188,940 by Xbox One Controller with "Racer Trigger"

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

| Claim 1 of US 10,188,940 | |
|---|---|
| An apparatus for supplying user inputs to a computer program for controlling the computer program, | To the extent the preamble is limiting, the Battle Beaver products include this feature. The XBOX One S Pro Builder is an apparatus that supplies user inputs to a computer program for controlling the computer program.<br><br>Apparatus<br><br>For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League."  https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers<br><br>**What are Racer Triggers?**<br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.<br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.<br>At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

| the apparatus comprising an outer case, | The XBOX One S controller includes an outer case. |
|---|---|
| at least on depressible trigger mechanism, | |



| | |
|---|---|
| and a mechanism for manual adjustment of a range of motion of the at least one trigger mechanism, the mechanism being disposed within an internal volume defined by the outer case of the apparatus. | The Racer Triggers include a mechanism that manually adjusts a range of motion of the at least one trigger mechanism.  The Racer Trigger is disposed within an internal volume defined by the outer case of the apparatus.<br><br>The Racer Trigger modifies the as-manufactured travel path of the trigger to reduce travel time to actuate the button, i.e., shortens or adjusts the range of motion of the trigger.<br><br> |

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

| Claim 2 of US 10,188,940 | |
|---|---|
| An apparatus for supplying user inputs to a computer program for controlling the computer program, | The XBOX One S Pro Builder is a video game controller that supplies user inputs to a computer program for controlling the computer program.<br><br><br><br>For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League."  https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers<br><br>**What are Racer Triggers?**<br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.<br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.<br>At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

| the apparatus comprising an outer case, | The XBOX One S controller includes an outer case.  |
|---|---|
| at least on depressible trigger mechanism | |

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

| | |
|---|---|
| and a first mechanism for adjusting a first end stop position of a range of motion of the at least one depressible trigger mechanism, the first mechanism being disposed within an internal volume defined by the outer case of the apparatus. | The Racer Triggers include a mechanism that adjusts a first end stop position of a range of motion of the at least one trigger mechanism. The Racer Trigger is disposed within an internal volume defined by the outer case of the apparatus.<br><br>The Racer Trigger adjusts the first end stop position of the as-manufactured travel path of the trigger to reduce travel time to actuate the button, i.e., shortens the range of motion by adding a stop within the travel path. The Racer Trigger is positioned within the outer face of the apparatus.<br><br> |

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

| Claim 4 of US 10,188,940 | |
|---|---|
| A game controller for controlling electronic games, | To the extent the preamble is limiting, the Battle Beaver products include this feature. The XBOX One S Pro Builder is a game controller for controlling electronic games. For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League."  https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

| including a housing, | The XBOX One S controller includes a housing. |
|---|---|
| at least one depressible trigger at least in part exposed relative to the housing, | The at least one depressible trigger is exposed at least in part relative to the housing |



Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

| | |
|---|---|
| said at least one depressible trigger being in operational association with electrical circuitry contained within the housing, which electrical circuitry is controlled by depression of the at least one depressible trigger for manipulating electrical outputs of the electrical circuitry for the controlling electronic games and | The trigger is in operational association with a switch coupled to a PCB (e.g., electrical circuitry), where the switch and PCB are contained within the housing. The switch is controlled by depression of the trigger and generates "inputs" to the PCB, which manipulates an electrical signal or output from the PCB to control the electronic games.<br><br>For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League." https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers<br><br>**What are Racer Triggers?**<br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.<br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.<br>At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well.<br><br> |

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

| | |
|---|---|
| the game controller having a mechanism which provides for manual adjustment of a depressible range of the at least one depressible trigger mechanism. | Racer Triggers include a mechanism that provides for a manual adjustment of the depressible range of the trigger mechanism.<br><br>The Racer Trigger is "a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%"  In other words, the Racer Trigger manually adjusts the depressible range (linear travel) of the trigger to half that of a stock trigger.<br><br>https://battlebeavercustoms.com/tools/builder/140<br><br><br><br>The Racer Trigger adjusts the first end stop position of the as-manufactured travel path of the trigger to reduce travel time to actuate the button, i.e., shortens the range of motion by adding a stop within the travel path. The Racer Trigger is positioned within the outer face of the apparatus.<br><br>**What are Racer Triggers?**<br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.<br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.<br>At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940



Depressible trigger

Racer Trigger positioned to manually adjust original trigger motion range

| Claim 5 of US 10,188,940 | |
|---|---|
| An apparatus for supplying user inputs to a computer program for controlling the computer program, | To the extent the preamble is limiting, the Battle Beaver products include this feature. The XBOX One S Pro Builder is an apparatus for supplying user inputs (e.g., button and trigger selections) to control a computer program. . <br><br> <br><br> For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League."  https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers <br><br> |

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

| the apparatus comprising an outer case, | XBOX One S controller includes an outer case. |
|---|---|
| at least one depressible trigger mechanism, | |



13

| and a trigger adjustment system that allows for manual adjustment of a range of motion of the at least one trigger mechanism, the trigger adjustment system being disposed within an internal volume defined by the outer case of the apparatus. | Racer Triggers include a trigger adjustment system that allows for manual adjustment of a range of motion of the at least one trigger mechanism. The trigger adjustment system being disposed within an internal volume defined by the outer case of the apparatus.<br><br> |

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

| Claim 6 of US 10,188,940 | |
|---|---|
| An apparatus for supplying user inputs to a computer program for controlling the computer program, | To the extent the preamble is limiting, the Battle Beaver products include this feature. The XBOX One S Pro Builder is an apparatus that supplies user inputs to a computer program for controlling the computer program.<br><br><br><br>For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League."  https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers<br><br>**What are Racer Triggers?**<br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.<br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.<br>At the time, some of our technicians were really into Rocket League™,  so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

| the apparatus comprising an outer case, | The XBOX One S controller includes an outer case. |
|---|---|
| at least one depressible trigger mechanism, | |



and a stop adjustably positioned to engage the at least one depressible trigger mechanism, the stop being disposed within an internal volume of the outer case.



Depressible trigger mechanism

Outer case

Adjustable stop inside depressible trigger mechanism

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

| Claim 8 of US 10,188,940 | |
|---|---|
| A game controller for controlling electronic games, including a housing, at least one depressible trigger at least in part exposed relative to the housing, | <br><br>Depressible trigger protruding from housing<br><br>Game controller<br><br>housing |
| said at least one depressible trigger being in operational association with electrical circuitry contained within the housing, | <br><br>Depressible trigger mechanism<br><br>Controller housing<br><br>Associated electrical circuitry |

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

which electrical circuitry is controlled by depression of the at least one depressible trigger for manipulating electrical outputs of the electrical circuitry for controlling electronic games and the game controlled having a trigger adjustment system that allows for the manual adjustment of a depressible range of the at least one depressible trigger mechanism.

Depressible range denoted by height of trigger adjustment system

Trigger adjustment system

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

| **Dependent Claims US 10,188,940** | |
|---|---|
| 3. The apparatus of claim **2** further comprising a second mechanism which provides for manual adjustment of a second end stop position of the range of motion of the at least one depressible trigger mechanism, the second mechanism being disposed within the internal volume defined by the outer case of the apparatus. | The Racer Triggers include a mechanism that manually adjusts a range of motion of the at least one trigger mechanism.  The Racer Trigger is disposed within an internal volume defined by the outer case of the apparatus.<br><br>The Racer Trigger modifies the as-manufactured travel path of the trigger to reduce travel time to actuate the button, i.e., shortens or adjusts the range of motion of the trigger.<br><br> |

| 7. The apparatus of claim **6** wherein a position of the stop is manually adjustable. | The location of the stop is manually adjustable as Battle Beaver controls and can vary the height of the stop, such as by adding more or less adhesive, to change the allowable linear range of the trigger (e.g., Smart Trigger) to a second range (e.g., Racer Trigger).  .<br><br><br><br>Racer trigger with relatively smaller piece of glue and a low stop.<br><br>Smart trigger with large piece of glue and a high stop. |

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

| | |
|---|---|
| | Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement.<br>https://battlebeavercustoms.com/tools/builder/63<br><br>**Triggers**<br><br>**Left Trigger**<br>No Trigger Adjustments / Racer Triggers / Smart Triggers<br>**Smart Triggers:** Permanently and Internally converts linear trigger into a button. Removes the progressive ramp up, and has the shortest and lightest trigger pull available. Works for most games.<br><br>**Right Trigger**<br>No Trigger Adjustments / Racer Triggers / Smart Triggers<br>**Racer Triggers:** A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100% |
| 9. The apparatus of claim **1** wherein the computer program is a game program. | The XBOX One controller provides inputs for game programs, such as "Rocket League".<br>https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |

| 10. The apparatus of claim **1** wherein the outer case comprises a removable cover panel to enable access to the mechanism and to enable removal of the mechanism. | The outer case includes a removable cover panel that enables access to the mechanism to enable removal of the mechanism.<br><br> |
| --- | --- |
| 11. The apparatus of claim **2** wherein the computer program is a game program. | The XBOX One controller provides inputs for game programs, such as "Rocket League".<br>https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |

| | |
|---|---|
| 12. The apparatus of claim **2** wherein the outer case comprises a removable cover panel to enable access to the first mechanism and to enable removal of the first mechanism. | The outer case includes a removable cover panel that enables access to the mechanism to enable removal of the mechanism.<br><br><br><br>Removable cover panel<br><br>Access to mechanism |
| 14. The apparatus of claim **3** wherein the outer case comprises a removable cover panel to enable access to the second mechanism and to enable removal of the second mechanism. | The outer case includes a removable cover panel that enables access to the mechanism to enable removal of the mechanism.<br><br><br><br>Removable cover panel<br><br>Access to mechanism |

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,188,940

| 15. The apparatus of claim **5** wherein the computer program is a game program. | The XBOX One controller provides inputs for game programs, such as "Rocket League". https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |
|---|---|
| 16. The apparatus of claim **6** wherein the computer program is a game program. | The XBOX One controller provides inputs for game programs, such as "Rocket League". https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |
| 17. The apparatus of claim **6** wherein a position of the stop defines a range of motion of the at least one depressible trigger mechanism. | The position of the stop defines a range of motion for the trigger.  The position of the stop defines a range of motion for the trigger |