# Exhibit H:

# Exemplary Infringement of U.S. Patent No. 10,596,455 by Xbox One Controller with "Smart Trigger"

Battle Beaver Infringement XBOX Controller (Smart Trigger) - US Patent No. 10,596,455

| Claim 1 of US 10,596,455 | |
|---|---|
| An apparatus for providing a user input to a computer program for controlling the computer program, the apparatus comprising: | To the extent the preamble is limiting, the Battle Beaver products include this feature.<br>The XBOX One S Pro Builder is an apparatus that provides user input to a computer program for controlling the computer program.<br><br><br><br>For example, the Smart Triggers provide an "input" for computer programs, such as "shooter games" including "Halo."  https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers<br><br> |

4890-0768-1558\2

| | |
|---|---|
| An outer case; | The XBOX One S controller includes an outer case.  |
| At least one depressible trigger pivotally mounted to the apparatus and resiliently biased to a first position, | The controller includes at least one depressible trigger mounted to the apparatus, where the Trigger is resilient biased to a first position by a spring. |

4890-0768-1558\2



| | |
|---|---|
| the depressible trigger having an outer surface configured for engagement during operation and extending outside the outer case, and an inner surface opposite the outer surface; and | The trigger includes an outer surface configured to engagement during operation and extending outside of the outer case. |

4890-0768-1558\2

The trigger includes an inner surface opposite the outer surface.



| | |
|---|---|
| A mechanism for adjustment of a range of motion of the at least one depressible trigger, | Triggers include a mechanism that adjusts a range of motion of the trigger.  The Smart Trigger modifies the as-manufactured travel path of the trigger to "remove" travel time to actuate the button, i.e., shortens or adjusts the range of motion of the trigger.<br><br> |

Battle Beaver Infringement XBOX Controller (Smart Trigger) - US Patent No. 10,596,455

| | |
|---|---|
| Wherein, the mechanism is configured to be inserted into a void behind the inner surface of the depressible trigger wherein the void is defined by the outer case, and | The Smart Trigger is configured to be inserted into a void behind the inner surface of the trigger where the void is defined by the outer case.<br><br> |

Battle Beaver Infringement XBOX Controller (Smart Trigger) - US Patent No. 10,596,455

Wherein the mechanism is configured such that when the mechanism is inserted, the inner surface of the depressible trigger contacts the mechanism to adjust the range of motion of the depressible trigger by changing a degree of rotation of the depressible trigger.

The Smart Trigger is configured such that when inserted into the void, the inner surface of the trigger contacts the Smart Trigger to adjust the range of motion of the trigger



Smart Trigger positioned in void behind inner surface of trigger

Inner surface

Smart Trigger positioned in void behind inner surface of trigger

by changing a degree of rotation of the depressible trigger.

DISENGAGED                    ENGAGED

Smart Trigger changes a degree of rotation of the depressible trigger.

7

Battle Beaver Infringement XBOX Controller (Smart Trigger) - US Patent No. 10,596,455

| Dependent Claims of Claim 1 | |
|---|---|
| 2. The apparatus of claim 1, wherein the mechanism for adjustment of the range of motion of the at least one depressible trigger is manually adjustable by a user to adjust the range of motion of the at least one depressible trigger from a first range of motion to a second range of motion. | The Smart Trigger mechanism is manually adjustable by changing the amount of adhesive in order to allow adjustment of the range of motion of the trigger, from a first range of motion (e.g., Smart Trigger) to a second range of motion (e.g., Racer Trigger).  .  Smart trigger with large piece of glue and a high stop. Racer trigger with relatively smaller piece of glue and a low stop. |

4890-0768-1558\2

| | |
|---|---|
| | Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement. https://battlebeavercustoms.com/tools/builder/63  |
| 7. The apparatus of claim 1, wherein the adjustment of the range of motion of the at least one depressible trigger comprises adjustment of an ending position of the at least one depressible trigger after depression by a user. |   Smart Trigger adjusts an ending position of the at least one depressible trigger after depression by a user. |
| 8. The apparatus of claim 1, wherein the computer program is a game program. | The XBOX One controller provides inputs for game programs, such as Halo. https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers |

9

Battle Beaver Infringement XBOX Controller (Smart Trigger) - US Patent No. 10,596,455

| 10. The apparatus of claim 1, wherein the apparatus comprises a game controller configured to operate with a computing device. | The XBOX One controller provides inputs for game programs, such as Halo. https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers |
|---|---|
| **Dependent Claim of Dependent Claim 10** | |
| 11. The apparatus of claim 10, wherein the computing device comprises a video gaming console. | The XBOX One controller provides inputs for game programs, such as Halo. https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers |
| **Claim 12 of US 10,596,455** | |
| A trigger stop for use in an apparatus for supplying user inputs to a computer program for controlling the computer program, the trigger stop configured to adjust a range of motion of a depressible trigger, | To the extent the preamble is limiting, the Smart Trigger for the XBOX One controller is a trigger stop for use in an apparatus for supplying user inputs for controlling a computer program. The Smart Trigger is configured to adjust a range of motion of a depressible trigger.  |

4890-0768-1558\2

Battle Beaver Infringement XBOX Controller (Smart Trigger) - US Patent No. 10,596,455

For example, the Smart Triggers provide an "input" for computer programs, such as "shooter games" including "Halo."  https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers

**What are Smart Triggers / Bumpers?**

Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger.

For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo!

The Smart Trigger "internally converts the linear trigger into a button. Removes the progressive ramp up, and as the shortest and lightest trigger pull available."  In other words, the Smart Trigger manually adjusts the depressible range (linear travel) of the trigger. https://battlebeavercustoms.com/tools/builder/63

Triggers

**Left Trigger**

| No Trigger Adjustments | Racer Triggers | Smart Triggers |

Smart Triggers: Permanently and internally converts linear trigger into a button. Removes the progressive ramp up, and has the shortest and lightest trigger pull available. Works for most games.

**Right Trigger**

| No Trigger Adjustments | Racer Triggers | Smart Triggers |

Smart Triggers: Permanently and internally converts linear trigger into a button. Removes the progressive ramp up, and has the shortest and lightest trigger pull available. Works for most games.

11

| | |
|---|---|
| Wherein the depressible trigger comprises a first surface located outside an outer case of the apparatus and a second surface opposite the first surface, the second surface configured to move into a volume defined by the outer case when the trigger is depressed, | The trigger includes a first surface located outside of the case and a second surface configured to move into a volume defined by the outer case when the trigger is depressed.<br><br><br><br>The trigger includes a second surface opposite the first surface, the second surface configured to move into a volume defined by the outer case when the trigger is depressed.<br><br> |

4890-0768-1558\2

| | |
|---|---|
| Wherein the trigger stop is disposed within the volume defined by the outer case of the apparatus and in a pathway of the second surface of the depressible trigger and, | The Smart Trigger is disposed within the volume defined by the outer case and within the pathway of the second surface of the trigger. 

The Smart Trigger "internally converts the linear trigger into a button. Removes the progressive ramp up, and as the shortest and lightest trigger pull available."  In other words, the Smart Trigger manually adjusts the depressible range (linear travel) of the trigger. https://battlebeavercustoms.com/tools/builder/63  |

| | |
|---|---|
| | The Smart Trigger is positioned within a pathway of the trigger to "remove" travel time to actuate the button, i.e., shortens the range of motion by adding a stop within the travel path. The Smart Trigger is positioned within the outer face of the apparatus.<br><br>**What are Smart Triggers / Bumpers?**<br><br>Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger.<br><br>For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo! |
| Wherein the trigger stop is configured to engage the inner surface of the depressible trigger of the apparatus to adjust a range of motion of the depressible trigger. | The Smart Trigger is configured to engage the inner surface of the trigger to adjust a range of motion.<br><br><br><br>Inner surface<br><br>Trigger stop engages inner surface to adjust range of motion |

4890-0768-1558\2

Battle Beaver Infringement XBOX Controller (Smart Trigger) - US Patent No. 10,596,455

| Dependent Claims of Claim 12 | |
|---|---|
| 13. The trigger stop of claim 12, wherein a position of the trigger stop is manually adjustable to define at least a first and second range of motion of the depressible trigger. | The Smart Trigger mechanism is manually adjustable by changing the amount of adhesive in order to allow adjustment of the range of motion of the trigger, from a first range (e.g., Smart Trigger) to a second range (e.g., Racer Trigger).  . <br><br>  <br><br> Smart trigger with large piece of glue and a high stop. <br><br> Racer trigger with relatively smaller piece of glue and a low stop. |

4890-0768-1558\2

| | Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement.<br>https://battlebeavercustoms.com/tools/builder/63<br><br> |
|---|---|
| 14. The trigger stop of claim 12, wherein the trigger stop defines an ending point for the range of motion of the depressible trigger. | The Smart Trigger acts as an ending point for the range of motion of the trigger.<br><br>Trigger abuts against Smart Trigger<br><br>Trigger stop defines ending point for range of motion |

4890-0768-1558\2

| | |
|---|---|
| 15. The trigger stop of claim 12, wherein the computer program is a game program. | The XBOX One controller provides inputs for game programs, such as Halo. https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers |
| 16. The trigger stop of claim 12, wherein the apparatus comprises a game controller configured to operate with a computing device. | The XBOX One controller provides inputs for game programs, such as Halo. https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers |
| **Claim 17 of US 10,596,455** | |
| A game controller for controlling an electronic game, the game controller comprising: | To the extent the preamble is limiting, the Battle Beaver products include this feature. The XBOX One S Pro is a game controller that controls an electronic game<br><br><br><br>For example, the Smart Triggers provide an "input" for electronic games, such as "shooter games" including "Halo." https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers |

4890-0768-1558\2

Battle Beaver Infringement XBOX Controller (Smart Trigger) - US Patent No. 10,596,455

| | |
|---|---|
| | **What are Smart Triggers / Bumpers?**<br><br>Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger.<br><br>For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo! |
| A housing; | The XBOX One S controller includes a housing<br><br>housing |

Battle Beaver Infringement XBOX Controller (Smart Trigger) - US Patent No. 10,596,455

| At least one depressible trigger at least partially disposed within the housing comprising a first surface configured to be engaged by a user to depress the at least one trigger and a second surface opposite the first surface, the second surface defining a pathway when the at least one trigger is depressed; | The trigger is at least partially disposed within the housing and includes a first surface configured to be engaged by a user to depress the at least one trigger.<br><br><br><br>The trigger includes a second surface opposite the first surface. The second surface defining a pathway when the at least one trigger is depressed.<br><br> |
|---|---|

Battle Beaver Infringement XBOX Controller (Smart Trigger) - US Patent No. 10,596,455

| | |
|---|---|
| Electrical circuitry contained within the housing, wherein the at least one depressible trigger is in operational association with the electrical circuitry such that depression of the at least one depressible trigger causes electrical outputs of the electrical circuity to control operation of the electronic game; and | The controller includes electrical circuitry contained within the housing.  The trigger is in operational association with the electrical circuitry such that depression of the trigger causes electrical outputs to the electrical circuitry to control operation of the electronic game. The Smart Trigger includes a switch coupled to a PCB (e.g., electrical circuitry), where the switch is controlled by depression of the trigger and generates "inputs" to the PCB, which manipulates an electrical signal or output from the PCB to control the electronic games.<br><br>For example, the Smart Triggers provide an "input" for electronic games". https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers<br><br> |

4890-0768-1558\2

Battle Beaver Infringement XBOX Controller (Smart Trigger) - US Patent No. 10,596,455

| | |
|---|---|
| A trigger adjustment system disposed within the housing in the pathway of the second surface of the at least depressible trigger and in communication with the at least one depressible trigger, the trigger adjustment system configured to adjust a range of depressible motion of the at least one depressible trigger. | The Smart Trigger is a trigger adjustment system disposed within the housing in the pathway of the trigger and is in communication with the trigger.<br><br><br><br>Depressible trigger<br><br>Pathway<br><br>Smart Trigger positioned in pathway to adjust trigger motion range<br><br>The Smart Trigger modifies the as-manufactured travel path of the trigger to "remove" travel time to actuate the button, i.e., shortens or adjusts the range of motion of the trigger. The Smart Trigger is positioned within the outer case of the apparatus.<br><br>**What are Smart Triggers / Bumpers?**<br><br>Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger.<br><br>For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo! |

| Dependent Claims of Claim 17 | |
|---|---|
| 18. The game controller of claim 17, wherein the trigger adjustment system is manually adjustable by a user to adjust the depressible range of motion of the at least one depressible trigger from a first range of motion to a second range of motion. | The location of the stop is manually adjustable as Battle Beaver controls and can vary the height of the stop, such as by adding more or less adhesive, to change the allowable linear range of the trigger.<br><br><br><br>Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement.<br>https://battlebeavercustoms.com/tools/builder/63 |

Battle Beaver Infringement XBOX Controller (Smart Trigger) - US Patent No. 10,596,455

