# Exhibit I:

# Exemplary Infringement of U.S. Patent No. 10,596,455 by Xbox One Controller with "Racer Trigger"

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

| Claim 1 of US 10,596,455 | |
|---|---|
| An apparatus for providing a user input to a computer program for controlling the computer program, the apparatus comprising: | To the extent the preamble is limiting, the Battle Beaver products include this feature. The XBOX One S Pro Builder is an apparatus that provides user input to a computer program for controlling the computer program.<br><br><br>Apparatus<br><br>For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League."  https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers<br><br>**What are Racer Triggers?**<br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.<br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.<br>At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |

4881-2819-2790\3

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

| | |
|---|---|
| An outer case; | The XBOX One S controller includes an outer case. |
| At least one depressible trigger pivotally mounted to the apparatus and resiliently biased to a first position, | The controller includes at least one depressible trigger mounted to the apparatus, where the Trigger is resilient biased to a first position by a spring. |



4881-2819-2790\3

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455



| | |
|---|---|
| the depressible trigger having an outer surface configured for engagement during operation and extending outside the outer case, and an inner surface opposite the outer surface; and | The trigger includes an outer surface configured to engagement during operation and extending outside of the outer case. |

4881-2819-2790\3

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

The trigger includes an inner surface opposite the outer surface.



Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

| A mechanism for adjustment of a range of motion of the at least one depressible trigger, | Racer triggers include a mechanism that adjusts a range of motion of the trigger.  The Racer Trigger modifies the as-manufactured travel path of the trigger to reduce travel time to actuate the button, i.e., shortens or adjusts the range of motion of the trigger. |
|---|---|



**What are Racer Triggers?**

Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.
We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.
At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well.

Depressible trigger

Racer Trigger positioned to manually adjust original trigger motion range

4881-2819-2790\3

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

| Wherein, the mechanism is configured to be inserted into a void behind the inner surface of the depressible trigger wherein the void is defined by the outer case, and | The Racer Trigger is configured to be inserted into a void behind the inner surface of the trigger where the void is defined by the outer case.  |

4881-2819-2790\3

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

| Wherein the mechanism is configured such that when the mechanism is inserted, the inner surface of the depressible trigger contacts the mechanism to adjust the range of motion of the depressible trigger by changing a degree of rotation of the depressible trigger. | The Racer Trigger is configured such that when inserted into the void, the inner surface of the trigger contacts the Racer Trigger to adjust the range of motion of the trigger by changing a degree of rotation of the depressible trigger. |

Racer Trigger positioned in void behind inner surface of trigger

Inner surface



by changing a degree of rotation of the depressible trigger.

DISENGAGED                    ENGAGED

Racer Trigger changes a changing a degree of rotation of the depressible trigger.




4881-2819-2790\3

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

| Dependent Claims of Claim 1 | |
|---|---|
| 2. The apparatus of claim 1, wherein the mechanism for adjustment of the range of motion of the at least one depressible trigger is manually adjustable by a user to adjust the range of motion of the at least one depressible trigger from a first range of motion to a second range of motion. | The Smart Trigger mechanism is manually adjustable by changing the amount of adhesive in order to allow adjustment of the range of motion of the trigger, from a first range of motion (e.g., Smart Trigger) to a second range of motion (e.g., Racer Trigger).   Smart trigger with large piece of glue and a high stop.  Racer trigger with relatively smaller piece of glue and a low stop. |

4881-2819-2790\3

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

| | |
|---|---|
| 7. The apparatus of claim 1, wherein the adjustment of the range of motion of the at least one depressible trigger comprises adjustment of an ending position of the at least one depressible trigger after depression by a user. |  Racer Trigger adjusts an ending position of the at least one depressible trigger after depression by a user. |
| 8. The apparatus of claim 1, wherein the computer program is a game program. | The XBOX One controller provides inputs for game programs, such as "Rocket League". https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |
| 10. The apparatus of claim 1, wherein the apparatus comprises a game controller configured to operate with a computing device. | The XBOX One controller provides inputs for game programs, such as "Rocket League". https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |
| **Dependent Claim of Dependent Claim 10** | |
| 11. The apparatus of claim 10, wherein the computing device comprises a video gaming console. | The XBOX One controller provides inputs for game programs, such as "Rocket League". https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |

4881-2819-2790\3

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

| Claim 12 of US 10,596,455 | |
|---|---|
| A trigger stop for use in an apparatus for supplying user inputs to a computer program for controlling the computer program, the trigger stop configured to adjust a range of motion of a depressible trigger, | To the extent the preamble is limiting, the Racer Trigger for the XBOX One controller is a trigger stop for use in an apparatus for supplying user inputs for controlling a computer program. The Racer Trigger is configured to adjust a range of motion of a depressible trigger.<br><br><br><br>For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League."  https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers<br><br>**What are Racer Triggers?**<br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.<br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.<br>At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |

10

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

The Racer Trigger is "a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%" In other words, the Racer Trigger manually adjusts the depressible range (linear travel) of the trigger to half that of a stock trigger.

https://battlebeavercustoms.com/tools/builder/140

Triggers

**Left Trigger**

No Trigger Adjustments    Racer Triggers    Smart Triggers

Racer Triggers: A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%

**Right Trigger**

No Trigger Adjustments    Racer Triggers    Smart Triggers

Racer Triggers: A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%

11

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

| | |
|---|---|
| Wherein the depressible trigger comprises a first surface located outside an outer case of the apparatus and a second surface opposite the first surface, the second surface configured to move into a volume defined by the outer case when the trigger is depressed, | The trigger includes a first surface located outside of the case and a second surface configured to move into a volume defined by the outer case when the trigger is depressed.  The trigger includes a second surface opposite the first surface, the second surface configured to move into a volume defined by the outer case when the trigger is depressed.  |

12

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

| | |
|---|---|
| Wherein the trigger stop is disposed within the volume defined by the outer case of the apparatus and in a pathway of the second surface of the depressible trigger and, |   Pathway  Second surface, moves into volume defined by outer case  Trigger stop positioned in a pathway of second surface  The Racer Trigger is disposed within the volume defined by the outer case and within the pathway of the second surface of the trigger.  The Racer Trigger is "a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%"  In other words, the Racer Trigger manually adjusts the depressible range (linear travel) of the trigger to half that of a stock trigger.  https://battlebeavercustoms.com/tools/builder/140 |

13

## Triggers

**Left Trigger**

| No Trigger Adjustments | Racer Triggers | Smart Triggers |

Racer Triggers: A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%

**Right Trigger**

| No Trigger Adjustments | Racer Triggers | Smart Triggers |

Racer Triggers: A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%

The Racer Trigger is positioned within a pathway of the trigger to reduce travel time to actuate the button, i.e., shortens the range of motion by adding a stop within the travel path. The Racer Trigger is positioned within the outer face of the apparatus.

**What are Racer Triggers?**

Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.
We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.
At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well.

14

| | |
|---|---|
| Wherein the trigger stop is configured to engage the inner surface of the depressible trigger of the apparatus to adjust a range of motion of the depressible trigger. | The Racer Trigger is configured to engage the inner surface of the trigger to adjust a range of motion.  |

4881-2819-2790\3

| Dependent Claims of Claim 12 | |
|---|---|
| 13. The trigger stop of claim 12, wherein a position of the trigger stop is manually adjustable to define at least a first and second range of motion of the depressible trigger. | The Racer Trigger mechanism is manually adjustable by changing the amount of adhesive in order to allow adjustment of the range of motion of the trigger, from a first range (e.g., Smart Trigger) to a second range (e.g., Racer Trigger).  .  Racer trigger with relatively smaller piece of glue and a low stop. <br><br> Smart trigger with large piece of glue and a high stop. |

16

Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement.
https://battlebeavercustoms.com/tools/builder/63

### Triggers

**Left Trigger**

| No Trigger Adjustments | Racer Triggers | Smart Triggers |

Smart Triggers: Permanently and Internally converts linear trigger into a button. Removes the progressive ramp up, and has the shortest and lightest trigger pull available. Works for most games.

**Right Trigger**

| No Trigger Adjustments | Racer Triggers | Smart Triggers |

Racer Triggers: A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%

17

| 14. The trigger stop of claim 12, wherein the trigger stop defines an ending point for the range of motion of the depressible trigger. | The Racer Trigger acts as an ending point for the range of motion of the trigger.<br> |
|---|---|
| 15. The trigger stop of claim 12, wherein the computer program is a game program. | The XBOX One controller provides inputs for game programs, such as "Rocket League".<br>https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |
| 16. The trigger stop of claim 12, wherein the apparatus comprises a game controller configured to operate with a computing device. | The XBOX One controller provides inputs for game programs, such as "Rocket League".<br>https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |

18

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

| Claim 17 of US 10,596,455 | |
|---|---|
| A game controller for controlling an electronic game, the game controller comprising: | To the extent the preamble is limiting, the Battle Beaver products include this feature. The XBOX One S Pro is a game controller that controls an electronic game<br><br><br><br>For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League."  https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers<br><br>**What are Racer Triggers?**<br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.<br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.<br>At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |

19

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

| A housing; | The XBOX One S controller includes a housing  |
|---|---|

| | |
|---|---|
| At least one depressible trigger at least partially disposed within the housing comprising a first surface configured to be engaged by a user to depress the at least one trigger and a second surface opposite the first surface, the second surface defining a pathway when the at least one trigger is depressed; | The trigger is at least partially disposed within the housing and includes a first surface configured to be engaged by a user to depress the at least one trigger.<br><br><br>Depressible trigger<br>First surface<br>housing<br><br>The trigger includes a second surface opposite the first surface. The second surface defining a pathway when the at least one trigger is depressed.<br><br><br>Second surface, moves into volume defined by outer case<br>Pathway<br>Trigger stop positioned in a pathway of second surface |

21

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

| Electrical circuitry contained within the housing, wherein the at least one depressible trigger is in operational association with the electrical circuitry such that depression of the at least one depressible trigger causes electrical outputs of the electrical circuity to control operation of the electronic game; and | The controller includes electrical circuitry contained within the housing.  The trigger is in operational association with the electrical circuitry such that depression of the trigger causes electrical outputs to the electrical circuitry to control operation of the electronic game. The Racer Trigger includes a switch coupled to a PCB (e.g., electrical circuitry), where the switch is controlled by depression of the trigger and generates "inputs" to the PCB, which manipulates an electrical signal or output from the PCB to control the electronic games.<br><br>For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League."  https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers<br><br> |

| | |
|---|---|
| A trigger adjustment system disposed within the housing in the pathway of the second surface of the at least depressible trigger and in communication with the at least one depressible trigger, the trigger adjustment system configured to adjust a range of depressible motion of the at least one depressible trigger. | The Racer Trigger is a trigger adjustment system disposed within the housing in the pathway of the trigger and is in communication with the trigger.  The Racer Trigger modifies the as-manufactured travel path of the trigger to reduce travel time actuate the button, i.e., shortens or adjusts the range of motion of the trigger. The Racer Trigger is positioned within the outer case of the apparatus. <br><br>**What are Racer Triggers?** <br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull. <br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres. <br>At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |

4881-2819-2790\3

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

| Dependent Claims of Claim 17 | |
|---|---|
| 18. The game controller of claim 17, wherein the trigger adjustment system is manually adjustable by a user to adjust the depressible range of motion of the at least one depressible trigger from a first range of motion to a second range of motion. | The Racer Trigger mechanism is manually adjustable by changing the amount of adhesive in order to allow adjustment of the range of motion of the trigger, from a first range (e.g., Smart Trigger) to a second range (e.g., Racer Trigger).  . <br><br>  <br><br> Racer trigger with relatively smaller piece of glue and a low stop. <br><br> Smart trigger with large piece of glue and a high stop. |

24

Battle Beaver Infringement XBOX Controller (Racer Trigger) - US Patent No. 10,596,455

Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement.
https://battlebeavercustoms.com/tools/builder/63

### Triggers

**Left Trigger**

| No Trigger Adjustments | Racer Triggers | Smart Triggers |

**Smart Triggers:** Permanently and Internally converts linear trigger into a button. Removes the progressive ramp up, and has the shortest and lightest trigger pull available. Works for most games.

**Right Trigger**

| No Trigger Adjustments | Racer Triggers | Smart Triggers |

**Racer Triggers:** A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%