# Exhibit M:

# Exemplary Infringement of U.S. Patent No. 11,185,766 by Xbox One Controller with "Racer Trigger"

Battle Beaver XBOX Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| Claim 1 of US 11,185,766 | |
|---|---|
| An apparatus for providing a user input to a computer program for controlling the computer program, the apparatus comprising: | To the extent the preamble is limiting, the Battle Beaver products include this feature. The XBOX One with Racer Triggers is an apparatus that provides user input to a computer program for controlling the computer program.<br><br>Apparatus<br><br><br>For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League."  https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers<br><br>**What are Racer Triggers?**<br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.<br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.<br>At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |

4859-8401-8198\1

Battle Beaver XBOX Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| | |
|---|---|
| An outer case; | The XBOX One S controller includes an outer case. |
| At least one depressible trigger pivotally mounted to the apparatus and biased to a resting position when the depressible trigger is not activated, | The controller includes at least one depressible trigger mounted to the apparatus, where the Trigger is biased to a resting position when not actviated. |



<table>
<tr><td></td><td></td></tr>
</table>

|  |  |
|---|---|
| the depressible trigger having an outer surface configured for engagement during operation and extending outside the outer case, and an inner surface opposite the outer surface, wherein the inner surface defines a travel path in response to an activation of the depressible trigger, and | The trigger includes an outer surface configured to engagement during operation and extending outside of the outer case.<br><br><br><br>The trigger includes an inner surface opposite the outer surface, the inner surface defines a travel path in response to activation of the trigger. |

4859-8401-8198\1

Battle Beaver XBOX Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766



| | |
|---|---|
| A mechanism extending from a plane different from the plane of the travel path into a void behind the inner surface of the depressible trigger, wherein the void is defined by the outer case, the mechanism configured to adjust a length of the travel path of the depressible trigger. | Triggers include a mechanism that adjusts a range of motion of the trigger.  The Racer Trigger modifies the as-manufactured travel path of the trigger to reduce travel time to actuate the button, i.e., shortens or adjusts the range of motion of the trigger. https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers **What are Racer Triggers?** Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull. We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres. At the time, some of our technicians were really into Rocket League™,  so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |

4859-8401-8198\1

Battle Beaver XBOX Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766



4859-8401-8198\1

Battle Beaver XBOX Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| Dependent Claims of Claim 1 | |
|---|---|
| 2. The apparatus of claim 1, wherein the mechanism is manually adjustable by a user to adjust a range of motion of the depressible trigger from a first range of motion to a second range of motion. | The Racer Trigger mechanism is manually adjustable by changing the amount of adhesive in order to allow adjust the range of motion of the trigger, from a first range (e.g., Smart Trigger) to a second range (e.g., Racer Trigger).  Racer trigger with relatively smaller piece of glue and a low stop. Smart trigger with large piece of glue and a high stop. |

4859-8401-8198\1

| | |
|---|---|
| | Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement. https://battlebeavercustoms.com/tools/builder/63  |
| 7. The apparatus of claim 1, wherein the computer program is a game program. | The XBOX One controller provides inputs for game programs, such as "Rocket League". https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |
| 9. The apparatus of claim 1, wherein the apparatus comprises a game controller configured to operate with a computing device. | The XBOX One controller provides inputs for game programs, such as "Rocket League". https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |

Battle Beaver XBOX Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| **Dependent Claim of Dependent Claim 2** | |
|---|---|
| 6. The apparatus of claim 2, wherein adjustment of the range of motion of the depressible trigger comprises adjustment of an ending position of the depressible trigger after depression by a user. | The Racer Trigger replaces the original manufactured end point and add a new ending position for the trigger.<br> |
| **Dependent Claims of Dependent Claim 9** | |
| 10. The apparatus of claim 9, wherein the computing device comprises a video gaming console. | The XBOX Controller interacts with an XBOX, which is a video gaming console. |

| 11. The apparatus of claim 9, further comprising: | |
| --- | --- |
| A second depressible trigger pivotally mounted to the apparatus and biased to a second resting position when the second depressible trigger is not activated, | The XBOX One Controller includes two triggers and can include two Racer Triggers (left and right).  https://battlebeavercustoms.com/tools/builder/140  |



| | |
|---|---|
| the second depressible trigger having an outer surface configured for engagement during operation and extending outside the outer case, and an inner surface opposite the outer surface, wherein the inner surface defines a second travel path in response to an activation of the second depressible trigger, and | The second trigger is similar to the first trigger and incudes an outer surface configured for engagement and extending outside the outer case and an inner surface opposite the outer surface.  The inner surface defining a second travel path in response to an activation of the second trigger.  The first surface, the second surface configured to move into a volume defined by the outer case when the trigger is depressed. |

Battle Beaver XBOX Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766



4859-8401-8198\1

Battle Beaver XBOX Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| | |
|---|---|
| A second mechanism extending from a plane different from the plane of the second travel path into a second void behind the inner surface of the second depressible trigger, wherein the second void is defined by the outer case, the second mechanism configured to adjust a length of the second travel path of the second depressible trigger. | The Racer Trigger adjusts a length of a travel path for the second trigger.  The Racer Trigger modifies the as-manufactured travel path of the trigger to reduce travel time to actuate the button, i.e., shortens or adjusts the range of motion of the trigger.  |

| Claim 12 of US 11,185,766 | |
|---|---|
| A trigger stop for use in an apparatus for supplying user inputs to a computer program for controlling the computer program, the trigger stop comprising: | To the extent the preamble is limiting, the Racer Trigger for the XBOX One controller is a trigger stop for use in an apparatus for supplying user inputs for controlling a computer program. The Racer Trigger is configured to adjust a range of motion of a depressible trigger.  For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League." https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers **What are Racer Triggers?** Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull. We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres. At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |

| A stop mechanism configured to adjust a range of motion of a depressible trigger of the apparatus, | Racer Triggers include a mechanism that provides for a manual adjustment of the depressible range of the trigger mechanism. |
| --- | --- |
| | The Racer Trigger is "a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%" In other words, the Racer Trigger manually adjusts the depressible range (linear travel) of the trigger to half that of a stock trigger.<br><br>https://battlebeavercustoms.com/tools/builder/140<br><br>Triggers<br><br>**Left Trigger**<br>No Trigger Adjustments   Racer Triggers   Smart Triggers<br>**Racer Triggers:** A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%<br><br>**Right Trigger**<br>No Trigger Adjustments   Racer Triggers   Smart Triggers<br>**Racer Triggers:** A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100% |

Battle Beaver XBOX Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766



Trigger stop positioned in a pathway of the trigger to change the range of motion

Battle Beaver XBOX Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| | |
|---|---|
| Wherein the depressible trigger comprises:  A first surface located outside an outer case of the apparatus, the first surface configured to provide an engagement surface for the user to activate the depressible trigger, and | The trigger includes a first surface located outside of the case, the first surface configured to provide an engagement surface for the user to activate the trigger.  |
| A second surface opposite the first surface, the second surface configured to define a pathway in a volume defined by the outer case when the trigger is activated, wherein the stop mechanism is disposed within the volume defined by the outer case of the apparatus, and | The trigger includes a second surface opposite the first surface, the second surface configured to define a pathway in a volume defined by the outer case, where the stop mechanism is disposed within the volume defined by the outer case.  |

4859-8401-8198\1

Battle Beaver XBOX Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| | |
|---|---|
| Wherein the stop mechanism extends into the pathway of the second surface along plane different from the plane of the pathway to adjust the range of motion of the depressible trigger. | The Racer Trigger extends into the pathway at a different location to shorten/adjust the range of motion of the trigger.  |
| **Dependent Claims of Claim 12** | |
| 13. The trigger stop of claim 12, wherein a position of the trigger stop is manually adjustable by the trigger stop to define at least a first and second range of motion of the depressible trigger. | The Racer Trigger mechanism is manually adjustable by changing the amount of adhesive in order to allow adjust the range of motion of the trigger, from a first range (e.g., Smart Trigger) to a second range (e.g., Racer Trigger). |

4859-8401-8198\1



Smart trigger with large piece of glue and a high stop.

Racer trigger with relatively smaller piece of glue and a low stop.

Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement.
https://battlebeavercustoms.com/tools/builder/63

4859-8401-8198\1

Triggers

**Left Trigger**

| No Trigger Adjustments | Racer Triggers | Smart Triggers |

Smart Triggers: Permanently and Internally converts linear trigger into a button. Removes the progressive ramp up, and has the shortest and lightest trigger pull available. Works for most games.

**Right Trigger**

| No Trigger Adjustments | Racer Triggers | Smart Triggers |

Racer Triggers: A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%

| | |
|---|---|
| 14. The trigger stop of claim 12, wherein the computer program is a game program. | The XBOX One controller provides inputs for game programs, such as "Rocket League". https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |
| 15. The trigger stop of claim 12, wherein the apparatus comprises a game controller configured to operate with a computing device. | The XBOX One controller provides inputs for game programs, such as "Rocket League". https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |

| Dependent Claim of Dependent Claim 15 | |
|---|---|
| 16. The trigger stop of claim 15, wherein the computing device comprises a game console. | The XBOX Controller interacts with an XBOX, which is a video gaming console. |
| **Claim 17 of US 11,185,766** | |
| A game controlled for controlling an electronic game, the game controller comprising: | To the extent the preamble is limiting, the Battle Beaver products include this feature. The XBOX One S Pro is a game controller that controls an electronic game<br><br><br><br>For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League."  https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |

4859-8401-8198\1

Battle Beaver XBOX Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766



**What are Racer Triggers?**

Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.
We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.
At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well.

| A housing; | The XBOX One S controller includes a housing<br><br>housing |
| --- | --- |

4859-8401-8198\1

| A pivoting trigger at least partially disposed within the housing, the trigger comprising a first surface configured to be engaged by a user to depress the trigger and a second surface opposite the first surface, the second surface defining a pathway when the trigger is depressed; | The XBOX controller includes a pivoting trigger at least partially disposed within the housing and includes  a first surface configured to be engaged by a user to depress the at least one trigger. <br><br>  <br><br> The trigger includes a second surface opposite the first surface. The second surface defining a pathway when the at least one trigger is depressed. <br><br>  |
| --- | --- |

| | |
|---|---|
| Electrical circuitry contained within the housing, wherein the trigger is in operational association with the electrical circuitry such that depression of the trigger causes electrical outputs of the electrical circuitry to control operation of the electronic game; and | The controller includes electrical circuitry contained within the housing.  The trigger is in operational association with the electrical circuitry such that depression of the trigger causes electrical outputs to the electrical circuitry to control operation of the electronic game. The Racer Trigger includes a switch coupled to a PCB (e.g., electrical circuitry), where the switch is controlled by depression of the trigger and generates "inputs" to the PCB, which manipulates an electrical signal or output from the PCB to control the electronic games.<br><br>For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League."  https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers<br><br> |

4859-8401-8198\1

Battle Beaver XBOX Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| | |
|---|---|
| A trigger stop disposed within the housing in the pathway of the second surface of the trigger, the trigger stop disposed along plane different from the plane of the pathway, the trigger stop configured to change a range of depressible motion of the trigger. | The Racer Trigger is a trigger stop disposed within the housing in the pathway of the trigger and is disposed along a plane different from the plane of the plane of the pathway. The Racer Trigger is configured to change a range of depressible motion of the trigger.  The Racer Trigger modifies the as-manufactured travel path of the trigger to reduce travel time to actuate the button, i.e., shortens or adjusts the range of motion of the trigger. The Racer Trigger is positioned within the outer case of the apparatus. **What are Racer Triggers?** Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull. We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres. At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |

4859-8401-8198\1

Battle Beaver XBOX Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| Dependent Claim of Claim 17 | |
|---|---|
| 18. The game controller of claim 17, wherein the trigger stop is manually adjustable by a user to adjust the depressible range of motion of the trigger from a first range of motion to a second range of motion. | The location of the stop is manually adjustable as Battle Beaver controls and can vary the height of the stop, such as by adding more or less adhesive, to change the allowable linear range of the trigger (e.g., Smart Trigger vs.  Racer Trigger).  .   Smart trigger with large piece of glue and a high stop. Racer trigger with relatively smaller piece of glue and a low stop. |

4859-8401-8198\1

Battle Beaver XBOX Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement.
https://battlebeavercustoms.com/tools/builder/63