# Exhibit N:

# Exemplary Infringement of U.S. Patent No. 11,185,766 by PS4 Controller with "Smart Trigger"

| Claim 1 of US 11,185,766 | |
|---|---|
| An apparatus for providing a user input to a computer program for controlling the computer program, the apparatus comprising: | To the extent the preamble is limiting, the Battle Beaver products include this feature. The PS4 with Smart Triggers is an apparatus that provides user input to a computer program for controlling the computer program.<br><br>Apparatus<br><br>For example, the Smart Triggers provide an "input" for computer programs, such as "shooter games" including "Halo." https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers<br><br>**What are Smart Triggers / Bumpers?**<br><br>Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger.<br><br>For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo! |

4873-3535-6438\2

Battle Beaver PS4 Controller Triggers Infringement (Smart Trigger) – US Patent No. 11,185,766

| An outer case; | The PS4 controller includes an outer case. |
|---|---|
| |  |
| At least one depressible trigger pivotally mounted to the apparatus and biased to a resting position when the depressible trigger is not activated, | The controller includes at least one depressible trigger mounted to the apparatus, where the Trigger is biased to a resting position when not actviated.  |

2

Battle Beaver PS4 Controller Triggers Infringement (Smart Trigger) – US Patent No. 11,185,766

| | |
|---|---|
| |  |
| the depressible trigger having an outer surface configured for engagement during operation and extending outside the outer case, and an inner surface opposite the outer surface, wherein the inner surface defines a travel path in response to an activation of the depressible trigger, and | The trigger includes an outer surface configured to engagement during operation and extending outside of the outer case.<br><br><br><br>The trigger includes an inner surface opposite the outer surface, the inner surface defines a travel path in response to activation of the trigger. |

3



| | |
|---|---|
| A mechanism extending from a plane different from the plane of the travel path into a void behind the inner surface of the depressible trigger, wherein the void is defined by the outer case, the mechanism configured to adjust a length of the travel path of the depressible trigger. | Triggers include a mechanism that adjusts a range of motion of the trigger.  The Smart Trigger modifies the as-manufactured travel path of the trigger to "remove" travel time actuate the button, i.e., shortens or adjusts the range of motion of the trigger. |

**What are Smart Triggers / Bumpers?**

Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger.

For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo!

4873-3535-6438\2

Battle Beaver PS4 Controller Triggers Infringement (Smart Trigger) – US Patent No. 11,185,766



Battle Beaver PS4 Controller Triggers Infringement (Smart Trigger) – US Patent No. 11,185,766

| **Dependent Claims of Claim 1** | |
|---|---|
| 2. The apparatus of claim 1, wherein the mechanism is manually adjustable by a user to adjust a range of motion of the depressible trigger from a first range of motion to a second range of motion. | The PS4 Battle Beaver places the switch within the pathway of the trigger to change the motion of the trigger from a first range to a second range. Further, the Battle Beaver product is modified to remove the trigger actuation protrusion to allow additional variability in the motion path.<br><br><br>Smart Trigger positioned to manually adjust original trigger motion range<br><br><br>Racer Trigger option with trigger protrusion removed |

4873-3535-6438\2

Battle Beaver PS4 Controller Triggers Infringement (Smart Trigger) – US Patent No. 11,185,766

| | |
|---|---|
| | Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement. https://battlebeavercustoms.com/tools/builder/63 <br><br>**Triggers**<br><br>**Left Trigger**<br>No Trigger Adjustments / Racer Triggers / Smart Triggers<br><br>Smart Triggers: Permanently and Internally converts linear trigger into a button. Removes the progressive ramp up, and has the shortest and lightest trigger pull available. Works for most games.<br><br>**Right Trigger**<br>No Trigger Adjustments / Racer Triggers / Smart Triggers<br><br>Racer Triggers: A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100% |
| 7. The apparatus of claim 1, wherein the computer program is a game program. | The PS4 controller provides inputs for game programs, such as Halo. https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers |
| 9. The apparatus of claim 1, wherein the apparatus comprises a game controller configured to operate with a computing device. | The PS4 is a game controller that operates with a computing device to provide inputs. https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers |

4873-3535-6438\2

Battle Beaver PS4 Controller Triggers Infringement (Smart Trigger) – US Patent No. 11,185,766

| Dependent Claim of Dependent Claim 2 | |
|---|---|
| 6. The apparatus of claim 2, wherein adjustment of the range of motion of the depressible trigger comprises adjustment of an ending position of the depressible trigger after depression by a user. | The Smart Trigger replaces the original manufactured end point and add a new ending position for the trigger.<br><br><br><br>Trigger abuts against Smart Trigger<br><br>Smart Trigger defines new ending position for range of motion |

4873-3535-6438\2

Battle Beaver PS4 Controller Triggers Infringement (Smart Trigger) – US Patent No. 11,185,766

| Dependent Claims of Dependent Claim 9 | |
|---|---|
| 10. The apparatus of claim 9, wherein the computing device comprises a video gaming console. | The PS4 Controller interacts with a PS4, which is a video gaming console. |
| 11. The apparatus of claim 9, further comprising: A second depressible trigger pivotally mounted to the apparatus and biased to a second resting position when the second depressible trigger is not activated, | The PS4 Controller includes two triggers and can include two Smart Triggers (left and right). https://battlebeavercustoms.com/tools/builder/63  As with the first trigger, the second trigger is pivotally mounted and biased to a second resting position.  |



Depressible trigger

Spring

| | |
|---|---|
| the second depressible trigger having an outer surface configured for engagement during operation and extending outside the outer case, and an inner surface opposite the outer surface, wherein the inner surface defines a second travel path in response to an activation of the second depressible trigger, and | The second trigger is similar to the first trigger and incudes an outer surface configured for engagement and extending outside the outer case and an inner surface opposite the outer surface.  The inner surface defining a second travel path in response to an activation of the second trigger.  the first surface, the second surface configured to move into a volume defined by the outer case when the trigger is depressed. |

4873-3535-6438\2



Outer case

Depressible trigger

Travel path

Second surface, moves into volume defined by outer case

11

Battle Beaver PS4 Controller Triggers Infringement (Smart Trigger) – US Patent No. 11,185,766

| | |
|---|---|
| A second mechanism extending from a plane different from the plane of the second travel path into a second void behind the inner surface of the second depressible trigger, wherein the second void is defined by the outer case, the second mechanism configured to adjust a length of the second travel path of the second depressible trigger. | The Smart Trigger adjusts a length of a travel path for the second trigger.  The Smart Trigger modifies the as-manufactured travel path of the trigger to "remove" travel time actuate the button, i.e., shortens or adjusts the range of motion of the trigger.  |

Battle Beaver PS4 Controller Triggers Infringement (Smart Trigger) – US Patent No. 11,185,766

| Claim 12 of US 11,185,766 | |
|---|---|
| A trigger stop for use in an apparatus for supplying user inputs to a computer program for controlling the computer program, the trigger stop comprising: | To the extent the preamble is limiting, the Smart Trigger for the PS4 controller is a trigger stop for use in an apparatus for supplying user inputs for controlling a computer program. The Smart Trigger is configured to adjust a range of motion of a depressible trigger.  For example, the Smart Triggers provide an "input" for computer programs, such as "shooter games" including "Halo." https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers **What are Smart Triggers / Bumpers?** Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger. For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo! The Smart Trigger "internally converts the linear trigger into a button. Removes the progressive ramp up, and as the shortest and lightest trigger pull available." In other words, the Smart Trigger manually adjusts the depressible range (linear travel) of the trigger. https://battlebeavercustoms.com/tools/builder/63 |

The "Apparatus" label points to the PS4 controller.

4873-3535-6438\2

| | |
|---|---|
| | **Triggers**<br><br>**Left Trigger**<br>No Trigger Adjustments \| Racer Triggers \| Smart Triggers<br><br>**Smart Triggers:** Permanently and Internally converts linear trigger into a button. Removes the progressive ramp up, and has the shortest and lightest trigger pull available. Works for most games.<br><br>**Right Trigger**<br>No Trigger Adjustments \| Racer Triggers \| Smart Triggers<br><br>**Smart Triggers:** Permanently and Internally converts linear trigger into a button. Removes the progressive ramp up, and has the shortest and lightest trigger pull available. Works for most games. |
| A stop mechanism configured to adjust a range of motion of a depressible trigger of the apparatus, | The Smart Trigger is positioned within a pathway of the trigger to "remove" travel time actuate the button, i.e., adjusts a range of motion by adding a stop within the travel path.<br><br>**What are Smart Triggers / Bumpers?**<br><br>Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger.<br><br>For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo! |

14



| | Trigger stop positioned in a pathway of trigger to change the range of motion |
|---|---|
| Wherein the depressible trigger comprises:  A first surface located outside an outer case of the apparatus, the first surface configured to provide an engagement surface for the user to activate the depressible trigger, and | The trigger includes a first surface located outside of the case, the first surface configured to provide an engagement surface for the user to activate the trigger.<br><br>Depressible trigger<br>First surface<br>Outer case |

15

| | |
|---|---|
| A second surface opposite the first surface, the second surface configured to define a pathway in a volume defined by the outer case when the trigger is activated, wherein the stop mechanism is disposed within the volume defined by the outer case of the apparatus, and | The trigger includes a second surface opposite the first surface, the second surface configured to define a pathway in a volume defined by the outer case, where the stop mechanism is disposed within the volume defined by the outer case.  |

4873-3535-6438\2

| Wherein the stop mechanism extends into the pathway of the second surface along plane different from the plane of the pathway to adjust the range of motion of the depressible trigger. | The Smart Trigger extends into the pathway at a different location to shorten/adjust the range of motion of the trigger.  |
|---|---|

4873-3535-6438\2

Battle Beaver PS4 Controller Triggers Infringement (Smart Trigger) – US Patent No. 11,185,766

| Dependent Claims of Claim 12 | |
|---|---|
| 13. The trigger stop of claim 12, wherein a position of the trigger stop is manually adjustable by the trigger stop to define at least a first and second range of motion of the depressible trigger. | The Smart Trigger mechanism is manually adjustable by removing portions of the original trigger in order to allow adjust the range of motion of the trigger, from a first range (e.g., Smart Trigger) to a second range (e.g., Racer Trigger). in the motion path.  Smart Trigger positioned to manually adjust original trigger motion range  Racer Trigger option with trigger protrusion removed |

18

Battle Beaver PS4 Controller Triggers Infringement (Smart Trigger) – US Patent No. 11,185,766

| | |
|---|---|
| | Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement. https://battlebeavercustoms.com/tools/builder/63  |
| 14. The trigger stop of claim 12, wherein the computer program is a game program. | The PS4 controller provides inputs for game programs, such as Halo. https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers |
| 15. The trigger stop of claim 12, wherein the apparatus comprises a game controller configured to operate with a computing device. | The PS4 controller provides inputs for game programs, such as Halo. https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers |
| **Dependent Claim of Dependent Claim 15** | |
| 16. The trigger stop of claim 15, wherein the computing device comprises a game console. | The PS4 Controller interacts with a PS4, which is a video gaming console. |

19

Battle Beaver PS4 Controller Triggers Infringement (Smart Trigger) – US Patent No. 11,185,766

| Claim 17 of US 11,185,766 | |
|---|---|
| A game controlled for controlling an electronic game, the game controller comprising: | To the extent the preamble is limiting, the Battle Beaver products include this feature. The PS4 Pro is a game controller that controls an electronic game<br><br><br><br>For example, the Smart Triggers provide an "input" for electronic games, such as "shooter games" including "Halo." https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers<br><br>**What are Smart Triggers / Bumpers?**<br><br>Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger.<br><br>For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo! |

20

Battle Beaver PS4 Controller Triggers Infringement (Smart Trigger) – US Patent No. 11,185,766

| A housing; | The PS4 controller includes a housing |
|---|---|
| |  |
| A pivoting trigger at least partially disposed within the housing, the trigger comprising a first surface configured to be engaged by a user to depress the trigger and a second surface opposite the first surface, the second surface defining a pathway when the trigger is depressed; | The PS4 controller includes a pivoting trigger at least partially disposed within the housing and includes a first surface configured to be engaged by a user to depress the at least one trigger. |

21

| | The trigger includes a second surface opposite the first surface. The second surface defining a pathway when the at least one trigger is depressed.  |
|---|---|
| Electrical circuitry contained within the housing, wherein the trigger is in operational association with the electrical circuitry such that depression of the trigger causes electrical outputs of the electrical circuitry to control operation of the electronic game; and | The controller includes electrical circuitry contained within the housing.  The trigger is in operational association with the electrical circuitry such that depression of the trigger causes electrical outputs to the electrical circuitry to control operation of the electronic game. The Smart Trigger includes a switch coupled to a PCB (e.g., electrical circuitry), where the switch is controlled by depression of the trigger and generates "inputs" to the PCB, which manipulates an electrical signal or output from the PCB to control the electronic games.<br><br>For example, the Smart Triggers provide an "input" for electronic games". https://battlebeavercustoms.com/tools/help-center#what-are-smart-triggers-bumpers<br><br>**What are Smart Triggers / Bumpers?**<br>Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger.<br><br>For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo! |



| | |
|---|---|
| A trigger stop disposed within the housing in the pathway of the second surface of the trigger, the trigger stop disposed along plane different from the plane of the pathway, the trigger stop configured to change a range of depressible motion of the trigger. | The Smart Trigger is a trigger stop disposed within the housing in the pathway of the trigger and is disposed along a plane different from the plane of the plane of the pathway. The Smart Trigger is configured to change a range of depressible motion of the trigger. |

4873-3535-6438\2

|  | The Smart Trigger modifies the as-manufactured travel path of the trigger to "remove" travel time actuate the button, i.e., shortens or adjusts the range of motion the trigger. The Smart Trigger is positioned within the outer case of the apparatus. |
|---|---|
|  | **What are Smart Triggers / Bumpers?**<br><br>Our **Smart Triggers and Smart Bumpers** are what we believe to be the epitome of performance modifications for shooter games, the remove the travel time necessary for the button to register an input. Instead of having to travel all the way down, all you'll hear is that satisfying 'click' the instant you decide to pull the trigger.<br><br>For you Halo fans, our Smart Triggers register instantly at 100% so there's no need to worry about charging for that Noob Combo! |
| **Dependent Claim of Claim 17** |  |
| 18. The game controller of claim 17, wherein the trigger stop is manually adjustable by a user to adjust the depressible range of motion of the trigger from a first range of motion to a second range of motion. | The location of the stop is manually adjustable as Battle Beaver controls and can vary the height of the stop, such as by optionally removing a protrusion on the trigger to change the allowable linear range of the trigger.<br><br><br>Protrusion that is removed to change motion |

24



Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement.
https://battlebeavercustoms.com/tools/builder/63

25