Exhibit O:

Exemplary Infringement of U.S. Patent No. 11,185,766 by PS4 Controller with "Racer Trigger"

| Claim 1 of US 11,185,766 | |
|---|---|
| An apparatus for providing a user input to a computer program for controlling the computer program, the apparatus comprising: | To the extent the preamble is limiting, the Battle Beaver products include this feature. The PS4 controller with Racer Triggers is an apparatus that provides user input to a computer program for controlling the computer program.<br><br><br><br>For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League."  https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers<br><br>**What are Racer Triggers?**<br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.<br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.<br>At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |

4863-7055-0806\2

| An outer case; | The PS4 controller includes an outer case. |
|---|---|
| | <br>Outer case |
| At least one depressible trigger pivotally mounted to the apparatus and biased to a resting position when the depressible trigger is not activated, | The controller includes at least one depressible trigger mounted to the apparatus, where the Trigger is biased to a resting position when not actviated.<br><br>Depressible trigger<br><br><br><br>Depressible trigger |

2

Battle Beaver PS4 Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

|  |  |
|---|---|
|  |  Depressible trigger — Spring to bias trigger to a resting position when not activated |
| the depressible trigger having an outer surface configured for engagement during operation and extending outside the outer case, and an inner surface opposite the outer surface, wherein the inner surface defines a travel path in response to an activation of the depressible trigger, and | The trigger includes an outer surface configured to engagement during operation and extending outside of the outer case.  Depressible trigger — Outer surface for engagement outside of case — Outer case |

4863-7055-0806\2

Battle Beaver PS4 Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| | |
|---|---|
| | The trigger includes an inner surface opposite the outer surface, the inner surface defines a travel path in response to activation of the trigger.<br><br> |
| A mechanism extending from a plane different from the plane of the travel path into a void behind the inner surface of the depressible trigger, wherein the void is defined by the outer case, the mechanism configured to adjust a length of the travel path of the depressible trigger. | Triggers include a mechanism that adjusts a range of motion of the trigger.  The Racer Trigger modifies the as-manufactured travel path of the trigger to reduce travel time actuate the button, i.e., shortens or adjusts the range of motion of the trigger.<br><br>**What are Racer Triggers?**<br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.<br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.<br>At the time, some of our technicians were really into Rocket League™,  so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |

4



Battle Beaver PS4 Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| Dependent Claims of Claim 1 | |
|---|---|
| 2. The apparatus of claim 1, wherein the mechanism is manually adjustable by a user to adjust a range of motion of the depressible trigger from a first range of motion to a second range of motion. | The PS4 Battle Beaver places the switch within the pathway of the trigger to change the motion of the trigger from a first range to a second range. Further, the Battle Beaver product is modified to remove the trigger actuation protrusion to allow additional variability in the motion path.<br><br><br>Smart Trigger positioned to manually adjust original trigger motion range<br><br><br>Racer Trigger option with trigger protrusion removed |

4863-7055-0806\2

Battle Beaver PS4 Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| | |
|---|---|
| | Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement. https://battlebeavercustoms.com/tools/builder/63 <br><br> **Triggers** <br><br> **Left Trigger** <br> No Trigger Adjustments \| Racer Triggers \| Smart Triggers <br> Smart Triggers: Permanently and Internally converts linear trigger into a button. Removes the progressive ramp up, and has the shortest and lightest trigger pull available. Works for most games. <br><br> **Right Trigger** <br> No Trigger Adjustments \| Racer Triggers \| Smart Triggers <br> Racer Triggers: A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100% |
| 7. The apparatus of claim 1, wherein the computer program is a game program. | The PS4 controller provides inputs for game programs, such as "Rocket League". https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |
| 9. The apparatus of claim 1, wherein the apparatus comprises a game controller configured to operate with a computing device. | The PS4 controller provides inputs for game programs, such as "Rocket League". https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |

7

| Dependent Claim of Dependent Claim 2 | |
|---|---|
| 6. The apparatus of claim 2, wherein adjustment of the range of motion of the depressible trigger comprises adjustment of an ending position of the depressible trigger after depression by a user. | The Racer Trigger replaces the original manufactured end point and add a new ending position for the trigger by removing the inner trigger protrusion.<br><br><br><br>Trigger abuts against Racer Trigger<br><br>Racer Trigger defines new ending position for range of motion |
| **Dependent Claims of Dependent Claim 9** | |
| 10. The apparatus of claim 9, wherein the computing device comprises a video gaming console. | The PS4 Controller interacts with a PS4, which is a video gaming console. |
| 11. The apparatus of claim 9, further comprising: A second depressible trigger pivotally mounted to the apparatus and biased to a second resting position when the second depressible trigger is not activated, | The PS4 Controller includes two triggers and can include two Racer Triggers (left and right). https://battlebeavercustoms.com/tools/builder/140<br><br>**Triggers**<br><br>Left Trigger<br>No Trigger Adjustments \| Racer Triggers \| Smart Triggers<br>Racer Triggers: A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%<br><br>Right Trigger<br>No Trigger Adjustments \| Racer Triggers \| Smart Triggers<br>Racer Triggers: A unique trigger that is a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100% |

4863-7055-0806\2

Battle Beaver PS4 Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

As with the first trigger, the second trigger is pivotably mounted and biased to a second resting position.



4863-7055-0806\2

| | |
|---|---|
| the second depressible trigger having an outer surface configured for engagement during operation and extending outside the outer case, and an inner surface opposite the outer surface, wherein the inner surface defines a second travel path in response to an activation of the second depressible trigger, and | The second trigger is similar to the first trigger and incudes an outer surface configured for engagement and extending outside the outer case and an inner surface opposite the outer surface.  The inner surface defining a second travel path in response to an activation of the second trigger.  the first surface, the second surface configured to move into a volume defined by the outer case when the trigger is depressed.<br><br><br><br>Outer case   Depressible trigger   Travel path   Second surface, moves into volume defined by outer case |
| A second mechanism extending from a plane different from the plane of the second travel path into a second void behind the inner surface of the second depressible trigger, wherein the second void is defined by the outer case, the second mechanism configured to adjust a length of the second travel path of the second depressible trigger. | The Racer Trigger adjusts a length of a travel path for the second trigger.  The Racer Trigger modifies the as-manufactured travel path of the trigger to reduce travel time to actuate the button, i.e., shortens or adjusts the range of motion of the trigger.<br><br>**What are Racer Triggers?**<br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.<br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.<br>At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |



Battle Beaver PS4 Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| Claim 12 of US 11,185,766 | |
|---|---|
| A trigger stop for use in an apparatus for supplying user inputs to a computer program for controlling the computer program, the trigger stop comprising: | To the extent the preamble is limiting, the Racer Trigger for the PS4 controller is a trigger stop for use in an apparatus for supplying user inputs for controlling a computer program. The Racer Trigger is configured to adjust a range of motion of a depressible trigger.<br><br><br><br>For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League."  https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers<br><br>**What are Racer Triggers?**<br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.<br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.<br>At the time, some of our technicians were really into Rocket League™,  so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well.<br><br>Racer Triggers include a mechanism that provides for a manual adjustment of the depressible range of the trigger mechanism.<br><br>The Racer Trigger is "a hybrid between Stock and Smart triggers. The trigger will move freely from 0-50% then click a smart trigger switch to instantly go from 50-100%"  In other words, |

the Racer Trigger manually adjusts the depressible range (linear travel) of the trigger to half that of a stock trigger.

https://battlebeavercustoms.com/tools/builder/140

Battle Beaver PS4 Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| A stop mechanism configured to adjust a range of motion of a depressible trigger of the apparatus, | The Racer Trigger is positioned within a pathway of the trigger to reduce travel time actuate the button, i.e., adjusts a range of motion by adding a stop within the travel path. |
|---|---|

**What are Racer Triggers?**

Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.
We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.
At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well.



Trigger stop positioned in a pathway of trigger to change the range of motion

4863-7055-0806\2

| | |
|---|---|
| Wherein the depressible trigger comprises:  A first surface located outside an outer case of the apparatus, the first surface configured to provide an engagement surface for the user to activate the depressible trigger, and | The trigger includes a first surface located outside of the case, the first surface configured to provide an engagement surface for the user to activate the trigger.<br><br> |
| A second surface opposite the first surface, the second surface configured to define a pathway in a volume defined by the outer case when the trigger is activated, wherein the stop mechanism is disposed within the volume defined by the outer case of the apparatus, and | The trigger includes a second surface opposite the first surface, the second surface configured to define a pathway in a volume defined by the outer case, where the stop mechanism is disposed within the volume defined by the outer case.<br><br> |

Battle Beaver PS4 Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| | |
|---|---|
| Wherein the stop mechanism extends into the pathway of the second surface along plane different from the plane of the pathway to adjust the range of motion of the depressible trigger. | The Racer Trigger extends into the pathway at a different location to shorten/adjust the range of motion of the trigger.<br> |
| **Dependent Claims of Claim 12** | |
| 13. The trigger stop of claim 12, wherein a position of the trigger stop is manually adjustable by the trigger stop to define at least a first and second range of motion of the depressible trigger. | The Racer Trigger mechanism is manually adjustable by removing portions of the original trigger in order to allow adjust the range of motion of the trigger, from a first range (e.g., Smart Trigger) to a second range (e.g., Racer Trigger).<br>in the motion path. |

16



Smart Trigger positioned to manually adjust original trigger motion range

Racer Trigger option with trigger protrusion removed

Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement.
https://battlebeavercustoms.com/tools/builder/63

17

Battle Beaver PS4 Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766



| | |
|---|---|
| 14. The trigger stop of claim 12, wherein the computer program is a game program. | The PS4 controller provides inputs for game programs, such as "Rocket League". https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |
| 15. The trigger stop of claim 12, wherein the apparatus comprises a game controller configured to operate with a computing device. | The PS4 controller provides inputs for game programs, such as "Rocket League". https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers |
| **Dependent Claim of Dependent Claim 15** | |
| 16. The trigger stop of claim 15, wherein the computing device comprises a game console. | The PS4 Controller interacts with a PS4, which is a video gaming console. |

18

Battle Beaver PS4 Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| Claim 17 of US 11,185,766 | |
|---|---|
| A game controlled for controlling an electronic game, the game controller comprising: | To the extent the preamble is limiting, the Battle Beaver products include this feature. The PS4 Pro is a game controller that controls an electronic game<br><br><br><br>For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League."  https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers<br><br>**What are Racer Triggers?**<br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.<br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.<br>At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |

19

| A housing; | The PS4 controller includes a housing  |
|---|---|
| A pivoting trigger at least partially disposed within the housing, the trigger comprising a first surface configured to be engaged by a user to depress the trigger and a second surface opposite the first surface, the second surface defining a pathway when the trigger is depressed; | The PS4 controller includes a pivoting trigger at least partially disposed within the housing and includes  a first surface configured to be engaged by a user to depress the at least one trigger. |

4863-7055-0806\2

Battle Beaver PS4 Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766

| | |
|---|---|
| | The trigger includes a second surface opposite the first surface. The second surface defining a pathway when the at least one trigger is depressed.<br><br><br><br>Depressible trigger<br><br>Second surface, defines a pathway<br><br>pathway |
| Electrical circuitry contained within the housing, wherein the trigger is in operational association with the electrical circuitry such that depression of the trigger causes electrical outputs of the electrical circuitry to control operation of the electronic game; and | The controller includes electrical circuitry contained within the housing.  The trigger is in operational association with the electrical circuitry such that depression of the trigger causes electrical outputs to the electrical circuitry to control operation of the electronic game. The Racer Trigger includes a switch coupled to a PCB (e.g., electrical circuitry), where the switch is controlled by depression of the trigger and generates "inputs" to the PCB, which manipulates an electrical signal or output from the PCB to control the electronic games.<br><br>For example, the Racer Triggers provide an "input" for computer programs, such as "racing games" including "Rocket League."  https://battlebeavercustoms.com/tools/help-center#what-are-racer-triggers<br><br>**What are Racer Triggers?**<br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.<br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.<br>At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |

21



| | |
|---|---|
| A trigger stop disposed within the housing in the pathway of the second surface of the trigger, the trigger stop disposed along plane different from the plane of the pathway, the trigger stop configured to change a range of depressible motion of the trigger. | The Racer Trigger is a trigger stop disposed within the housing in the pathway of the trigger and is disposed along a plane different from the plane of the plane of the pathway. The Racer Trigger is configured to change a range of depressible motion of the trigger. |

4863-7055-0806\2

| | The Racer Trigger is positioned within a pathway of the trigger to reduce travel time actuate the button, i.e., adjusts a range of motion by adding a stop within the travel path. |
|---|---|
| | **What are Racer Triggers?**<br><br>Our **Racer Triggers** offer a variable input with an instant 100% click halfway through the trigger pull.<br>We originally developed our Smart Triggers for First Person Shooter games, but as our popularity grew we soon began to redesign them for alternative genres.<br>At the time, some of our technicians were really into Rocket League™, so they worked to redesign our triggers to strike the balance between speed and functionality for racing games, and allow for a wider range of uses in other genres as well. |
| **Dependent Claim of Claim 17** | |
| 18. The game controller of claim 17, wherein the trigger stop is manually adjustable by a user to adjust the depressible range of motion of the trigger from a first range of motion to a second range of motion. | The location of the stop is manually adjustable as Battle Beaver controls and can vary the height of the stop, such as by optionally removing a protrusion on the trigger to change the allowable linear range of the trigger.<br><br> Protrusion that is removed to change motion |

4863-7055-0806\2

Battle Beaver PS4 Controller Triggers Infringement (Racer Trigger) – US Patent No. 11,185,766



Racer Trigger option with trigger protrusion removed

Options for trigger modifications include "Smart Trigger" and "Racer Trigger," where the Racer Trigger allows 50% of the original trigger movement.
https://battlebeavercustoms.com/tools/builder/63

