IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IRONBURG INVENTIONS LTD. | § | |
| | § | |
| v. | § | CASE NO. 3:22-cv-00686-X |
| | § | |
| BATTLE BEAVER, LLC | § | |

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**
**AND CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1(a) and LR 3.1, Plaintiff, Ironburg Inventions Ltd. ("*Ironburg*"), hereby files its Corporate Disclosure Statement and Certificate of Interested Persons.

1. Ironburg is a privately held corporation. It is a wholly owned subsidiary of Corsair Memory, Inc., which is a wholly owned subsidiary of Corsair Gaming, Inc.

2. Ironburg hereby identifies the following persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that Ironburg believes are financially interested in the outcome of the case:

- Ironburg Inventions Ltd.
- SCUF Gaming International, LLC
- Corsair Gaming, Inc.
- Corsair Memory, Inc.
- Battle Beaver, LLC

**PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT**
**AND CERTIFICATE OF INTERESTED PERSONS – PAGE 1**

Dated: March 24, 2022.

Respectfully submitted,

/s/ *Brian Vanderwoude*

J. Brian Vanderwoude
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
Zachary Tobolowsky
Texas Bar No. 24106512
tobolowsky.zachary@dorsey.com
Dorsey & Whitney LLP
300 Crescent Ct, Suite 400
Dallas, TX 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

Gregory S. Tamkin (pro hac vice to be filed)
Colo. Reg. No. 27105
Dorsey & Whitney LLP
1400 Wewatta Street, Suite 400
Denver, Colorado 80202
(303) 629-3400

Robert J.M. Lee (pro hac vice to be filed)
Dorsey & Whitney LLP
701 5th Ave, Suite 6100
Seattle, WA 98105
(206) 903-8800

**ATTORNEYS FOR PLAINTIFF
IRONBURG INVENTIONS LTD.**