**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IRONBURG INVENTIONS LTD,<br><br>　　　　　　　Plaintiff,<br><br>v.<br><br>BATTLE BEAVER, LLC,<br><br>　　　　　　　Defendant. | Case No.: 3:22-CV-00686-X<br><br>Hon. Brantley Starr |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

TO THE HONORABLE COURT:

　　PLEASE TAKE NOTICE that William T. Reid IV of the law firm of Reid Collins & Tsai LLP, 1301 S. Capital of Texas Highway, Suite C300, Austin, Texas 78746, hereby appears as counsel of record for Defendant Battle Beaver, LLC in this case. Mr. Reid certifies that he is admitted or otherwise authorized to practice in this Court and enters this appearance to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Defendant as follows:

　　　　　　　**William T. Reid IV**
　　　　　　　wreid@reidcollins.com
　　　　　　　Texas State Bar No. 00788817
　　　　　　　REID COLLINS & TSAI LLP
　　　　　　　1301 S. Capital of Texas Highway, Suite C300
　　　　　　　Austin, Texas 78746
　　　　　　　Telephone:　(512) 647-6100
　　　　　　　Facsimile:　(512) 647-6129

DATED:  April 13, 2022

            */s/ William T. Reid, IV*
            William T. Reid, IV (TX No. 00788817)
            wreid@reidcollins.com
            Gregory S. Schwegmann (admission pending)
            gschwegmann@reidcollins.com
            Jeremy H. Wells (admission pending)
            jwells@rctlegal.com
            **REID COLLINS & TSAI LLP**
            1301 S Capital of Texas Hwy
            Building C, Suite 300
            Austin, Texas 78746
            T: 512.647.6100
            F: 512.647.6129

            J. Benjamin King (TX No. 24046217)
            bking@reidcollins.com
            **REID COLLINS & TSAI LLP**
            1601 Elm Street, Suite 4200
            Dallas, Texas 75201
            T: 214.420.8902
            F: 214.420.8909


            *Counsel for Defendant Battle Beaver, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 13, 2022, the foregoing document was filed electronically via the Court's ECF System, which effects service upon counsel of record.

*/s/ Jeremy H. Wells*
Jeremy H. Wells