**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IRONBURG INVENTIONS LTD,<br><br>    Plaintiff,<br><br>v.<br><br>BATTLE BEAVER, LLC,<br><br>    Defendant. | Case No.: 3:22-CV-00686-X<br><br>Hon. Brantley Starr |

**NOTICE OF APPEARANCE AND REQUEST FOR NOTICE**

TO THE HONORABLE COURT:

  PLEASE TAKE NOTICE that J. Benjamin King of the law firm of Reid Collins & Tsai LLP, 1601 Elm Street, Suite 4200, Dallas, Texas 75201, hereby appears as counsel of record for Defendant Battle Beaver, LLC in this case. Mr. King certifies that he is admitted or otherwise authorized to practice in this Court and enters this appearance to receive service of all pleadings, notices, orders, and other papers in the above-captioned matter on behalf of Defendant as follows:

    **J. Benjamin King**
    bking@reidcollins.com
    Texas State Bar No. 24046217
    REID COLLINS & TSAI LLP
    1601 Elm Street, Suite 4200
    Dallas, Texas 75201
    Telephone: (214) 420-8902
    Facsimile: (214) 420-8909

DATED:  April 13, 2022

        */s/ J. Benjamin King*
        William T. Reid, IV (TX No. 00788817)
        wreid@reidcollins.com
        Gregory S. Schwegmann (admission pending)
        gschwegmann@reidcollins.com
        Jeremy H. Wells (admission pending)
        jwells@rctlegal.com
        **REID COLLINS & TSAI LLP**
        1301 S Capital of Texas Hwy
        Building C, Suite 300
        Austin, Texas 78746
        T: 512.647.6100
        F: 512.647.6129

        J. Benjamin King (TX No. 24046217)
        bking@reidcollins.com
        **REID COLLINS & TSAI LLP**
        1601 Elm Street, Suite 4200
        Dallas, Texas 75201
        T: 214.420.8902
        F: 214.420.8909

        *Counsel for Defendant Battle Beaver, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on April 13, 2022, the foregoing document was filed electronically via the Court's ECF System, which effects service upon counsel of record.

*/s/ Jeremy H. Wells*
Jeremy H. Wells