**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| IRONBURG INVENTIONS LTD, <br><br> Plaintiff, <br><br> v. <br><br> BATTLE BEAVER, LLC, <br><br> Defendant. | Case No.: 3:22-CV-00686-X <br><br> Hon. Brantley Starr |

**DEFENDANT'S STATEMENT PURSUANT
TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Battle Beaver, LLC ("Battle Beaver") respectfully states that there is no parent corporation or publicly held corporation owning 10% or more of its stock.

DATED:  April 13, 2022

        */s/ William T. Reid, IV*
        William T. Reid, IV (TX No. 00788817)
        wreid@reidcollins.com
        Gregory S. Schwegmann (admission pending)
        gschwegmann@reidcollins.com
        Jeremy H. Wells (admission pending)
        jwells@rctlegal.com
        **REID COLLINS & TSAI LLP**
        1301 S Capital of Texas Hwy
        Building C, Suite 300
        Austin, Texas 78746
        T: 512.647.6100
        F: 512.647.6129

        J. Benjamin King (TX No. 24046217)
        bking@reidcollins.com
        **REID COLLINS & TSAI LLP**
        1601 Elm Street, Suite 4200
        Dallas, Texas 75201
        T: 214.420.8902
        F: 214.420.8909

        *Counsel for Defendant Battle Beaver, LLC*