**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

IRONBURG INVENTIONS LTD,

             Plaintiff,

v.

BATTLE BEAVER, LLC,

             Defendant.

Case No.: 3:22-CV-00686-X

Hon. Brantley Starr

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Battle Beaver, LLC respectfully moves the Court for an order extending Defendant's time to answer or otherwise respond to the Complaint for Patent Infringement (the "Complaint"). In support of this motion, Defendant states as follows:

1.      Plaintiff Ironburg Inventions Ltd. filed its Complaint on March 24, 2022.

2.      Defendant was served on March 28, 2022.

3.      Pursuant to Federal Rule of Civil Procedure 12(a), Defendant's response to the Complaint is due April 18, 2022.

4.      Defendant seeks a 30-day extension of this deadline, such that Defendant's response to the Complaint is due May 18, 2022.

5.      The requested extension will allow Defendant's counsel to familiarize itself with the facts of the case, investigate the allegations, and prepare an appropriate response.

6.      This is Defendant's first request for additional time in this action, and neither party will be prejudiced by the extension.

7.     On April 12, 2022, Defendant's counsel emailed Plaintiff's counsel regarding the requested extension. On the same day, Plaintiff's counsel confirmed that Plaintiff does not oppose this motion.

Based on the foregoing, Defendant respectfully requests that the Court grant this unopposed motion for an extension of time to answer or otherwise respond to the Complaint.

DATED:  April 13, 2022

/s/ William T. Reid, IV
William T. Reid, IV (TX No. 00788817)
wreid@reidcollins.com
Gregory S. Schwegmann (admission pending)
gschwegmann@reidcollins.com
Jeremy H. Wells (admission pending)
jwells@rctlegal.com
**REID COLLINS & TSAI LLP**
1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
T: 512.647.6100
F: 512.647.6129

J. Benjamin King (TX No. 24046217)
bking@reidcollins.com
**REID COLLINS & TSAI LLP**
1601 Elm Street, Suite 4200
Dallas, Texas 75201
T: 214.420.8902
F: 214.420.8909

*Counsel for Defendant Battle Beaver, LLC*

## <u>CERTIFICATE OF CONFERENCE</u>

I HEREBY CERTIFY THAT ON April 12, 2022, the undersigned counsel consulted with

counsel for Plaintiff, Brian Vanderwoude, who consented to the relief requested by this motion.

*/s/ Jeremy H. Wells*
Jeremy H. Wells

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on April 13, 2022, the foregoing document was filed electronically

via the Court's ECF System, which effects service upon counsel of record.

*/s/ Jeremy H. Wells*
Jeremy H. Wells