**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IRONBURG INVENTIONS LTD,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>BATTLE BEAVER, LLC,<br><br>　　　　　Defendant. | Case No.: 3:22-CV-00686-X<br><br>Hon. Brantley Starr |

**[PROPOSED] ORDER GRANTING**
**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**

Upon the unopposed motion (the "Motion") of Defendant Battle Beaver, LLC (the "Defendant") for an order extending Defendant's time to answer or otherwise respond to the Complaint for Patent Infringement (the "Complaint"), it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that Defendant's response to the Complaint is due May 18, 2022.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Hon. Brantley Starr

Respectfully submitted,

DATED:  April 13, 2022

*/s/ William T. Reid, IV*
William T. Reid, IV (TX No. 00788817)
wreid@reidcollins.com
Gregory S. Schwegmann (admission pending)
gschwegmann@reidcollins.com
Jeremy H. Wells (admission pending)
jwells@rctlegal.com
**REID COLLINS & TSAI LLP**
1301 S Capital of Texas Hwy
Building C, Suite 300
Austin, Texas 78746
T: 512.647.6100
F: 512.647.6129

J. Benjamin King (TX No. 24046217)
bking@reidcollins.com
**REID COLLINS & TSAI LLP**
1601 Elm Street, Suite 4200
Dallas, Texas 75201
T: 214.420.8902
F: 214.420.8909

*Counsel for Defendant Battle Beaver, LLC*

*/s/ J. Brian Vanderwoude*
J. Brian Vanderwoude
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
Zachary Tobolowsky
Texas Bar No. 24106512
tobolowsky.zachary@dorsey.com
**DORSEY & WHITNEY LLP**
300 Crescent Ct, Suite 400
Dallas, TX 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

Gregory S. Tamkin (*pro hac vice* filed)
Colo. Reg. No. 27105
**DORSEY & WHITNEY LLP**
1400 Wewatta Street, Suite 400
Denver, Colorado 80202
(303) 629-3400

Robert J.M. Lee (*pro hac vice* filed)
**DORSEY & WHITNEY LLP**
701 5th Ave, Suite 6100
Seattle, WA 98105
(206) 903-8800

*Counsel for Plaintiff Ironburg Inventions, Ltd.*