**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | |
|---|---|
| IRONBURG INVENTIONS LTD,<br><br>                Plaintiff,<br><br>v.<br><br>BATTLE BEAVER, LLC,<br><br>                Defendant. | Case No.: 3:22-CV-00686-X<br><br>Hon. Brantley Starr |

**APPENDIX OF EXHIBITS TO THE REQUEST FOR**
**JUDICIAL NOTICE FILED IN SUPPORT OF DEFENDANT**
<u>**BATTLE BEAVER, LLC'S MOTION TO DISMISS THE COMPLAINT**</u>

| Exhibit | Description | Appendix Pages |
|---|---|---|
| A | Letter from SCUF Gaming International LLC to Battle Beavers Customs re Patent Infringement by Battle Beavers Customs, dated June 6, 2019 | APP001 – APP003 |
| B | Letter from SCUF Gaming International LLC to Battle Beavers Customs re On-going Patent Infringement by Battle Beaver Customs, dated November 5, 2019 | APP004 – APP006 |
| C | Email from M. Greenberg to R. Dawley re Infringement of Scuf Gaming Patent, dated November 13, 2019 | APP007 – APP018 |
| D | Letter from SCUF Gaming International LLC to Battle Beavers Customs re On-going Patent Infringement by Battle Beaver Customs, dated December 20, 2019 | APP019 – APP021 |
| E | United States Patent No. US 9,908,040 B2, dated March 6, 2018 | APP022 – APP028 |
| F | United States Patent No. US 10,307,668 B2, dated June 4, 2019 | APP029 – APP042 |
| G | United States Patent No. US 2,068,289, dated January 19, 1937 | APP043 – APP047 |
| H | United States Patent No. US 4,499,684, dated February 19, 1985 | APP048 – APP054 |
| I | United States Patent No. US 5,724,760, dated March 10, 1998 | APP055 – APP062 |
| J | United States Patent No. US 6,843,013 B2, dated January 18, 2005 | APP063 – APP075 |
| K | United States Patent No. US 9,638,485 B2, dated May 2, 2017 | APP076 – APP097 |

DATED:  May 18, 2022

      */s/ William T. Reid, IV*
      William T. Reid, IV (TX No. 00788817)
      wreid@reidcollins.com
      Gregory S. Schwegmann (TX No. 24117707)
      gschwegmann@reidcollins.com
      Jeremy H. Wells (TX No. 24098805)
      jwells@rctlegal.com
      **REID COLLINS & TSAI LLP**
      1301 S Capital of Texas Hwy
      Building C, Suite 300
      Austin, Texas 78746
      T: 512.647.6100
      F: 512.647.6129

      J. Benjamin King (TX No. 24046217)
      bking@reidcollins.com
      **REID COLLINS & TSAI LLP**
      1601 Elm Street, Suite 4200
      Dallas, Texas 75201
      T: 214.420.8902
      F: 214.420.8909

      *Counsel for Defendant Battle Beaver, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on May 18, 2022, the foregoing document was filed electronically via the Court's ECF System, which effects service upon counsel of record.

*/s/ Jeremy H. Wells*
Jeremy H. Wells
