# EXHIBIT A



June 6, 2019

*Via Express Mail Service*
Chris Bailey
Battle Beavers Customs
3708 Olsen Blvd
Amarillo, TX 79109

Re: Patent Infringement by Battle Beavers Customs

Dear Mr. Bailey:

As you are aware, SCUF Gaming International LLC ("SCUF Gaming") is the leading manufacturer of premium controllers and controller accessories for use with Xbox, PlayStation, personal computers and/or mobile Android devices. You and/or your company have been making unfounded statements about SCUF Gaming via various social media, including improperly posting personal information about SCUF Gaming Europe employees at https://twitter.com/BattleBeaverC/status/1126517083389472768. Such posts are in violation of your own privacy policy as well as other privacy regulations. To correct any misconception, SCUF was acquiring samples of your products to verify your infringement of SCUF's IP. Fortunately, we were able to otherwise acquire samples of your product in the US and in Europe.

As a result, we have learned that in addition to spreading misinformation about SCUF, you are advertising, manufacturing, and selling game controllers with what you refer to as a "Smart Trigger." This Smart Trigger includes a mechanism or attachment located within the controller case that adjusts the end stop position of the controller trigger. These products are advertised and for sale on your website at https://battlebeavercustoms.com (as our employees confirmed).

SCUF Gaming has a substantial intellectual property ("IP") portfolio through its affiliate Ironburg Inventions Limited (collectively with SCUF Gaming referred to as "SCUF"). This IP portfolio includes many issued patents such as United State Patent Number 10,188,940 ("the '940 Patent"). The '940 Patent includes claims directed to a mechanism for adjusting an end stop position of a depressible trigger of a controller (such as a gaming controller), where the mechanism is contained within an internal volume of the controller. It appears at least some of the '940 Patent claims read on your controllers with so-called Smart Triggers.

SCUF demands that you cease advertising, promoting, manufacturing, selling products that infringe the '940 Patent. We look forward to your confirmation by **June 13, 2019** that (1) you and your company will agree to stop all advertising and sales of the products identified above and (2) that you have removed the unfounded statements about SCUF from your social media, including the Tweet listed above.

Scuf Gaming International LLC • 3970 Johns Creek Ct., Suite 325 • Suwanee, GA 30024

**APP002**

Sincerely,

*[signature]*

**Robert B. Dulaney III** | General Counsel

SCUF Gaming International LLC
3970 Johns Creek Ct, Suite 325
Suwanee, GA 30024