# EXHIBIT A

## Independent Claims Asserted in Patent No. 10,188,940

| Specification | |
|---|---|
| **Summary of Invention** | **Defendant's Response** |
| "The present invention seeks to improve upon or at least mitigate some of the problems associated with controllers of the prior art by providing a game controller which includes an adjustable trigger system that has a mechanism to allow the end user to control or recalibrate the maximum and/or minimum trigger positions." | Either (1) limiting the claims to an adjustable mechanism, which Defendant did not infringe, or (2) encompassing every possible trigger stop, and thus subject to *Alice*. |
| **Claim 1** | |
| **Element** | **Defendant's Response** |
| "An apparatus for supplying user inputs to a computer program for controlling the computer program…" | Not inventive as it merely describes a videogame controller. |
| "the apparatus comprising an outer case,…" | Not inventive as it merely describes a videogame controller. |
| "at least one depressible trigger mechanism…" | Not inventive as it merely describes a videogame controller. |
| "and a mechanism for manual adjustment of a range of motion of the at least one trigger mechanism, the mechanism being disposed within an internal volume defined by the outer case of the apparatus." | Either (1) limiting the claim to an adjustable mechanism, which Defendant did not infringe, or (2) encompassing every possible trigger stop, and thus subject to *Alice*. |
| **Claim 2** | |
| **Element** | **Defendant's Response** |
| "An apparatus for supplying user inputs to a computer program for controlling the computer program,…" | Not inventive as it merely describes a videogame controller. |
| "the apparatus comprising an outer case,…" | Not inventive as it merely describes a videogame controller. |
| "at least one depressible trigger mechanism…" | Not inventive as it merely describes a videogame controller. |
| "and a first mechanism for adjusting a first end stop position of a range of motion of the | Either (1) limiting the claim to an adjustable mechanism, which Defendant did not |

| at least one depressible trigger mechanism, the first mechanism being disposed within an internal volume defined by the outer case of the apparatus." | infringe, or (2) encompassing every possible trigger stop, and thus subject to *Alice*. |
|---|---|
| **Claim 4** ||
| **Element** | **Defendant's Response** |
| "A game controller for controlling electronic games,…" | Not inventive as it merely describes a videogame controller. |
| "including a housing,…" | Not inventive as it merely describes a videogame controller. |
| "at least one depressible trigger at least in part exposed relative to the housing,…" | Not inventive as it merely describes a videogame controller. |
| "at least one depressible trigger being in operational association with electrical circuitry contained within the housing, which electrical circuitry is controlled by depression of the at least one depressible trigger for manipulating electrical outputs of the electrical circuitry for the controlling electronic games…" | Not inventive as it merely describes a videogame controller. |
| "the game controller having a mechanism which provides for manual adjustment of a depressible range of the at least one depressible trigger mechanism." | Either (1) limiting the claim to an adjustable mechanism, which Defendant did not infringe, or (2) encompassing every possible trigger stop, and thus subject to *Alice*. |
| **Claim 5** ||
| **Element** | **Defendant's Response** |
| "An apparatus for supplying user inputs to a computer program for controlling the computer program,…" | Not inventive as it merely describes a videogame controller. |
| "the apparatus comprising an outer case,…" | Not inventive as it merely describes a videogame controller. |
| "at least one depressible trigger mechanism,…" | Not inventive as it merely describes a videogame controller. |
| "and a trigger adjustment system that allows for manual adjustment of a range of motion of the at least one trigger mechanism, the trigger adjustment system being disposed within an | Either (1) limiting the claim to an adjustable mechanism, which Defendant did not infringe, or (2) encompassing every possible trigger stop, and thus subject to *Alice*. |

| | |
|---|---|
| internal volume defined by the outer case of the apparatus." | |
| **Claim 6** ||
| **Element** | **Defendant's Response** |
| "An apparatus for supplying user inputs to a computer program for controlling the computer program,…" | Not inventive as it merely describes a videogame controller. |
| "the apparatus comprising an outer case,…" | Not inventive as it merely describes a videogame controller. |
| "at least one depressible trigger mechanism,…" | Not inventive as it merely describes a videogame controller. |
| "and a stop adjustably positioned to engage the at least one depressible trigger mechanism, the stop being disposed within an internal volume of the outer case." | Either (1) limiting the claim to an adjustable mechanism, which Defendant did not infringe, or (2) encompassing every possible trigger stop, and thus subject to *Alice*. |
| **Claim 8** ||
| **Element** | **Defendant's Response** |
| "A game controller for controlling electronic games,…" | Not inventive as it merely describes a videogame controller. |
| "including a housing…" | Not inventive as it merely describes a videogame controller. |
| "at least one depressible trigger at least in part exposed relative to the housing,…" | Not inventive as it merely describes a videogame controller. |
| "at least one depressible trigger being in operational association with electrical circuitry contained within the housing, which electrical circuitry is controlled by depression of the at least one depressible trigger for manipulating electrical outputs of the electrical circuitry for controlling electronic games and" | Not inventive as it merely describes a videogame controller. |
| "the game controller having a trigger adjustment system that allows for the manual adjustment of a depressible range of the at least one depressible trigger mechanism." | Either (1) limiting the claim to an adjustable mechanism, which Defendant did not infringe, or (2) encompassing every possible trigger stop, and thus subject to *Alice*. |