# EXHIBIT B

**Independent Claims Asserted in Patent No. 10,596,455**

| Specification ||
|---|---|
| **Summary of Invention** | **Defendant's Response** |
| "The present invention seeks to improve upon or at least mitigate some of the problems associated with controllers of the prior art by providing a game controller which includes an adjustable trigger system that has a mechanism to allow the end user to control or recalibrate the maximum and/or minimum trigger positions." | Either (1) limiting the claims to an adjustable mechanism, which Defendant did not infringe, or (2) encompassing every possible trigger stop, and thus subject to *Alice*. |
| **Claim 1** ||
| **Element** | **Defendant's Response** |
| "An apparatus for providing a user input to a computer program for controlling the computer program, the apparatus comprising…" | Not inventive as it merely describes a videogame controller. |
| "an outer case,…" | Not inventive as it merely describes a videogame controller. |
| "At least one depressible trigger pivotally mounted to the apparatus and resiliently biased to a first position…" | Not inventive as it merely describes a videogame controller. |
| "the depressible trigger having an outer surface configured for engagement during operation and extending outside the outer case, and an inner surface opposite the outer surface; and…" | Not inventive as it merely describes a videogame controller. |
| "a mechanism for adjustment of a range of motion of the at least one depressible trigger,…" | Either (1) limiting the claim to an adjustable mechanism, which Defendant did not infringe, or (2) encompassing every possible trigger stop, and thus subject to *Alice*. |
| "wherein, the mechanism is configured to be inserted into a void behind the inner surface of the depressible trigger wherein the void is defined by the outer case, and…" | Not inventive as it merely describes a trigger stop. |
| "wherein the mechanism is configured such that when the mechanism is inserted, the inner surface of the depressible trigger | Not inventive as it merely describes a trigger stop. |

| | |
|---|---|
| contacts the mechanism to adjust the range of motion of the depressible trigger by changing a degree of rotation of the depressible trigger." | |
| **Claim 12** ||
| **Element** | **Defendant's Response** |
| "A trigger stop for use in an apparatus for supplying user inputs to a computer program for controlling the computer program, the trigger stop configured to adjust a range of motion of a depressible trigger,…" | Either (1) limiting the claim to an adjustable mechanism, which Defendant did not infringe, or (2) encompassing every possible trigger stop, and thus subject to *Alice*. |
| "wherein the depressible trigger comprises a first surface located outside an outer case of the apparatus and a second surface opposite the first surface, the second surface configured to move into a volume defined by the outer case when the trigger is depressed,…" | Not inventive as it merely describes a trigger stop. |
| "wherein the trigger stop is disposed within the volume defined by the outer case of the apparatus and in a pathway of the second surface of the depressible trigger and,…" | Not inventive as it merely describes a trigger stop. |
| "wherein the trigger stop is configured to engage the inner surface of the depressible trigger of the apparatus to adjust a range of motion of the depressible trigger." | Not inventive as it merely describes a trigger stop. |
| **Claim 17** ||
| **Element** | **Defendant's Response** |
| "A game controller for controlling an electronic game, the game controller comprising:" | Not inventive as it merely describes a videogame controller. |
| "a housing,…" | Not inventive as it merely describes a videogame controller. |
| "at least one depressible trigger at least in part exposed relative to the housing,…" | Not inventive as it merely describes a videogame controller. |
| "At least one depressible trigger at least partially disposed within the housing comprising a first surface configured to be | Not inventive as it merely describes a trigger stop. |

| | |
|---|---|
| engaged by a user to depress the at least one trigger and a second surface opposite the first surface, the second surface defining a pathway when the at least one trigger is depressed;" | |
| "electrical circuitry contained within the housing, wherein the at least one depressible trigger is in operational association with the electrical circuitry such that depression of the at least one depressible trigger causes electrical outputs of the electrical circuity to control operation of the electronic game; and" | Not inventive as it merely describes a videogame controller. |
| "a trigger adjustment system disposed within the housing in the pathway of the second surface of the at least depressible trigger and in communication with the at least one depressible trigger, the trigger adjustment system configured to adjust a range of depressible motion of the at least one depressible trigger." | Either (1) limiting the claim to an adjustable mechanism, which Defendant did not infringe, or (2) encompassing every possible trigger stop, and thus subject to *Alice*. |