# EXHIBIT C

## Independent Claims Asserted in Patent No. 11,185,766

| Specification | |
|---|---|
| **Summary of Invention** | **Defendant's Response** |
| "The present invention seeks to improve upon or at least mitigate some of the problems associated with controllers of the prior art by providing a game controller which includes an adjustable trigger system that has a mechanism to allow the end user to control or recalibrate the maximum and/or minimum trigger positions." | Either (1) limiting the claims to an adjustable mechanism, which Defendant did not infringe, or (2) encompassing every possible trigger stop, and thus subject to *Alice*. |
| **Claim 1** | |
| **Element** | **Defendant's Response** |
| "An apparatus for providing a user input to a computer program for controlling the computer program, the apparatus comprising…" | Not inventive as it merely describes a videogame controller. |
| "an outer case,…" | Not inventive as it merely describes a videogame controller. |
| "At least one depressible trigger pivotally mounted to the apparatus and biased to a resting position when the depressible trigger is not activated," | Not inventive as it merely describes a videogame controller. |
| "the depressible trigger having an outer surface configured for engagement during operation and extending outside the outer case, and an inner surface opposite the outer surface, wherein the inner surface defines a travel path in response to an activation of the depressible trigger, and…" | Not inventive as it merely describes a trigger stop. |
| "A mechanism extending from a plane different from the plane of the travel path into a void behind the inner surface of the depressible trigger, wherein the void is defined by the outer case, the mechanism configured to adjust a length of the travel path of the depressible trigger." | Either (1) limiting the claim to an adjustable mechanism, which Defendant did not infringe, or (2) encompassing every possible trigger stop, and thus subject to *Alice*. |

| Claim 12 ||
|---|---|
| **Element** | **Defendant's Response** |
| "A trigger stop for use in an apparatus for supplying user inputs to a computer program for controlling the computer program, the trigger stop comprising:…" | Not inventive as it merely describes a trigger stop. |
| "a stop mechanism configured to adjust a range of motion of a depressible trigger of the apparatus,…" | Either (1) limiting the claim to an adjustable mechanism, which Defendant did not infringe, or (2) encompassing every possible trigger stop, and thus subject to *Alice*. |
| "wherein the depressible trigger comprises: A first surface located outside an outer case of the apparatus, the first surface configured to provide an engagement surface for the user to activate the depressible trigger, and" | Not inventive as it merely describes a videogame controller. |
| "a second surface opposite the first surface, the second surface configured to define a pathway in a volume defined by the outer case when the trigger is activated, wherein the stop mechanism is disposed within the volume defined by the outer case of the apparatus, and…" | Not inventive as it merely describes a trigger stop. |
| "wherein the stop mechanism extends into the pathway of the second surface along plane different from the plane of the pathway to adjust the range of motion of the depressible trigger." | Either (1) limiting the claim to an adjustable mechanism, which Defendant did not infringe, or (2) encompassing every possible trigger stop, and thus subject to *Alice*. |
| **Claim 17** ||
| **Element** | **Defendant's Response** |
| "A game controller for controlling an electronic game, the game controller comprising:" | Not inventive as it merely describes a videogame controller. |
| "a housing,…" | Not inventive as it merely describes a videogame controller. |
| "a pivoting trigger at least partially disposed within the housing, the trigger comprising a first surface configured to be engaged by a user to depress the trigger and a second surface opposite the first surface, the second | Not inventive as it merely describes a trigger stop. |

| | |
|---|---|
| surface defining a pathway when the trigger is depressed…" | |
| "electrical circuitry contained within the housing, wherein the trigger is in operational association with the electrical circuitry such that depression of the trigger causes electrical outputs of the electrical circuitry to control operation of the electronic game; and…" | Not inventive as it merely describes a videogame controller. |
| "a trigger stop disposed within the housing in the pathway of the second surface of the trigger, the trigger stop disposed along plane different from the plane of the pathway, the trigger stop configured to change a range of depressible motion of the trigger." | Either (1) limiting the claim to an adjustable mechanism, which Defendant did not infringe, or (2) encompassing every possible trigger stop, and thus subject to *Alice*. |