IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IRONBURG INVENTIONS LTD. | § § | |
| v. | § § | Case No. 3:22-CV-00686-X |
| BATTLE BEAVER, LLC | § § | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, Ironburg Inventions Ltd., hereby gives notice of its voluntary dismissal of this case without prejudice.

Dated: July 21, 2022.

Respectfully submitted,

/s/ *J. Brian Vanderwoude*
J. Brian Vanderwoude
Texas Bar No. 24047558
vanderwoude.brian@dorsey.com
Zachary B. Tobolowsky
Texas Bar No. 24106512
tobolowsky.zachary@dorsey.com
DORSEY & WHITNEY LLP
300 Crescent Court, Suite 400
Dallas, Texas 75201
(214) 981-9900 Phone
(214) 981-9901 Facsimile

and

Gregory S. Tamkin (admitted *pro hac vice*)
Colo. Reg. No. 27105
DORSEY & WHITNEY LLP
1400 Wewatta Street, Suite 400
Denver, Colorado 80202
(303) 629-3400

and

Robert J.M. Lee (admitted *pro hac vice*)
DORSEY & WHITNEY LLP
701 5th Ave, Suite 6100
Seattle, Washington 98105
(206) 903-8800

**ATTORNEYS FOR PLAINTIFF
IRONBURG INVENTIONS LTD.**

## CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2022, I served a true and correct copy of the foregoing document on all counsel of record via the Court's ECF system.

/s/ *J. Brian Vanderwoude*
J. Brian Vanderwoude

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE – PAGE 2**